AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JET CREATIONS, INC

*Plaintiff(s)*

v.

ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,

*Defendant(s)*

Civil Action No. JKB-24-1340

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dongyang Baozhi Toys Factory
Dai Honggen
First Floor, Unit 1, Building 1, Lianfeng Village, Shangwu Industrial Zone, Huashui Town, Dongyang City, Jinhua City, Zhejiang Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC<br><br>*Plaintiff(s)*<br>v.<br>ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,<br><br>*Defendant(s)* | Civil Action No. JKB-24-1340 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Guangzhou Biedi Trading Co., Ltd
Xie Xiaoling
No. 4 411, No. 99 East Ring Road, Zhucun, Tianhe District, Guangzhou City, Guangdong Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., <br><br> *Defendant(s)* | Civil Action No. JKB-24-1340 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Beautiful Bubble Online Store
Lin Hongjian
Feier Department Store, 2nd Floor, No. 100, Dazhong Road, Fanpu Street, Xunyang District, Jiujiang City, Jiangxi Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JET CREATIONS, INC

*Plaintiff(s)*

v.

ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,

*Defendant(s)*

Civil Action No. JKB-24-1340

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Qianshan County Yingzhe Trading Co., Ltd.
Hong Ying
Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC<br><br>*Plaintiff(s)*<br><br>v.<br><br>ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. JKB-24-1340<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Shanghai Yi Chen Industrial Co., Ltd.
> Ji Ping
> Floor 1-2, No. 365, 367, and 377, Gubei East Road,
> Baoshan District, Shanghai, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew C. Aitken
> 6701 Democracy Blvd., Suite 555
> Bethesda, Maryland 20817
> acaitken@aitkenlawoffices.com
> (301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:  05/17/2024

*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. JKB-24-1340 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Taiyuan Aoxuan Trading Co., Ltd
> Sun Erfeng
> 14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District, Taiyuan City, Shanxi Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew C. Aitken
> 6701 Democracy Blvd., Suite 555
> Bethesda, Maryland 20817
> acaitken@aitkenlawoffices.com
> (301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

JET CREATIONS, INC

*Plaintiff(s)*

v.

ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,

*Defendant(s)*

Civil Action No. JKB-24-1340

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jinhua Qixin Trading Co., Ltd.
Zhu Wanwan
No. 43, Shangwu Industrial Zone, Huashui, Dongyang City, Jinhua City, Zhejiang Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| JET CREATIONS, INC <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. JKB-24-1340 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Junhua City Leyan Trading Co., Ltd.
Xu Yanyan
506, No. 3, Row 4, Southern District, Tangli New Village, Xiaoshun Town, Jindong District, Jinhua City, Zhejiang Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/17/2024

*CLERK OF COURT*



*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| JET CREATIONS, INC | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. JKB-24-1340 |
| ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Qianshan County Hanying Trading Co., Ltd
Hong Ying
No. 12, Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City,
Jiangxi Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. JKB-24-1340 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Wuling District Xinda Balloon Business Department (Ledou Balloon Xinda)
Yan HongHong
Floor 15, 14th Floor, Haitang International Building, 68 Jinyang Street, Xiaodian District
City, Taiyuan, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| JET CREATIONS, INC<br><br>*Plaintiff(s)*<br>v.<br>ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. JKB-24-1340 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Xunyang District Feier Department Store Business Department
    Li Shufan
    1-201, Building C, Chutian Building, No. 44 Dazhong Road, Xunyang District, Jiujiang City, China

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew C. Aitken
    6701 Democracy Blvd., Suite 555
    Bethesda, Maryland 20817
    acaitken@aitkenlawoffices.com
    (301) 537-3299

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., <br><br> *Defendant(s)* | Civil Action No. JKB-24-1340 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Yongkang Shikasuo Electronic Commerce Co., Ltd
> Chen Peidong
> No. 166, Jinyuan Road, Dongcheng Street, Yongkang City, Jinhua City, Zhejiang Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew C. Aitken
> 6701 Democracy Blvd., Suite 555
> Bethesda, Maryland 20817
> acaitken@aitkenlawoffices.com
> (301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| JET CREATIONS, INC<br><br>*Plaintiff(s)*<br>v.<br>ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. JKB-24-1340 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zhejiang Weilong Plastic Products Co., Ltd.
Wang Junping
No .1 Industrial Avenue, Huashui Plastic Industrial Park, Dongyang City, Jinhua,
Zhejiang China 32210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JET CREATIONS, INC <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. JKB-24-1340 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Taiyuan Qulite Information Technology Co., Ltd.
Ma Chanjuan
14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District, Taiyuan City, Shanxi Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JET CREATIONS, INC )
)
*Plaintiff(s)*
v.  Civil Action No. JKB-24-1340
ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al.,
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Taiyuan Xinyian Information Technology Co., Ltd.
Yan HongHong
Floor 15, 14th Floor, Haitang International Building, 68 Jinyang Street, Xiaodian District
City, Taiyuan, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



*Deputy Clerk*