IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.JKB-24-1340 |
| | ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | )) |

## **STATUS REPORT**

Jet Creations Inc. ("Plaintiff"), by and through its undersigned counsel, hereby submits this Status Report relating to efforts to provide notice of the hearing scheduled for May 22, 2024 on Plaintiff's Motion for Temporary Restraining Order and other relief ("Motion for TRO") to Defendants.

1. Plaintiff filed its complaint for copyright infringement, trade dress infringement, false designation of origin under the Lanham Act, and civil conspiracy on May 8, 2024. DCK. 1.

2. Plaintiff filed its Motion for TRO on May 13, 2024. DCK. 5.

3. On May 14, 2024 the Court scheduled a hearing on Plaintiff's Motion for TRO for May 22, 2024 and further ordered Plaintiff to submit a status report on May 20, 2023 setting forth its efforts to notify the Defendants of the May 22, 2024 hearing date as proffered by Plaintiff in its Motion. DCK. 6.

1

4. In accordance with the Court's instructions, on May 14 and May 15, 2024 Plaintiff sent by Federal Express or US Express Mail to Defendants copies of the Complaint, the Motion for TRO and the Court's Order scheduling the hearing on the Motion for TRO. In view of an ambiguity with respect to Defendant No. 8 on the Service List, Plaintiff sent the materials to Defendant No. 8 on May 17, 2024. *See* Certificate of Service. Plaintiff also sent an email to those Defendants for which it had an email address. The Certificate of Service, Service List and receipts from Federal Express, the US Post Office Express Mail and from email are submitted herewith.

5. Plaintiff's undersigned counsel has not been contacted by any of the Defendants..

Respectfully Submitted,
/s/ Andrew C. Aitken
Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

Justin King, Esq. (*pro hac vice to be requested)*
WPAT, PC
8230 Boone Blvd., Suite 405
Vienna, VA 22182

*Attorneys for Jet Creations, Inc*.