IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Zhejiang Weilong Plastic Products Co.,** )<br>**Ltd., Beautiful Bubble Online Store,** )<br>**Dongyang Baozhi Toys Factory,** )<br>**Guangzhou Biedi Trading Co., Ltd,** )<br>**Jinhua Qixin Trading Co., Ltd., Junhua** )<br>**City Leyan Trading Co., Ltd., Qianshan** )<br>**County Hanying Trading Co., Ltd,** )<br>**Qianshan County Yingzhe Trading Co.,** )<br>**Ltd., Shanghai Yi Chen Industrial Co.,** )<br>**Ltd., Taiyuan Aoxuan Trading Co., Ltd,** )<br>**Taiyuan Qulite Information Technology** )<br>**Co., Ltd., Taiyuan Xinyian Information** )<br>**Technology Co., Ltd., Wuling District** )<br>**Xinda Balloon Business Department** )<br>**(Ledou Balloon Xinda), Xunyang District** )<br>**Feier Department Store Business** )<br>**Department, and Yongkang Shikasuo** )<br>**Electronic Commerce Co., Ltd.** )<br>)<br>Defendants. ) | Civil Action No.1:24-cv-01340-JKB<br><br>JURY TRIAL DEMANDED |

1

## CERTIFICATE OF SERVICE

I hereby certify that copy of the Complaint, Exhibits 1-20 to the Complaint, Plaintiff's Motion for Temporary Restraining Order and supporting Declaration, and the proposed order in the above-captioned matter, was sent via FedEx or USPS Express mail along with tracking numbers, and email (if the email address is known) to each of the Defendants to address in the attached service list on this 14th and 15th day of May, 2024 except Defendant #8. The Defendant #8 has a similar name and a similar address as the Defendant #7 along with a same contact person. A separate copy was subsequently sent to the Defendant #8 on 17th day of May, 2024. Copies of mailing receipts and email receipts are attached.

May 17, 2024

_____
Justin I. King

## SERVICE LIST

| | | |
|---|---|---|
| 1 | Zhejiang Weilong Plastic Products Co., Ltd.<br>No. 1 Industrial Avenue, Huashui Plastic Industrial Park, Dongyang City, Jinhua, Zhejiang China 322102 | FedEx tracking 776382284364<br><br>wjp@wl-plastic.com, barbara@wl-plastic.com, ben@wl-plastic.com, 13003187641@163.com, 15301680328@189.cn, and terrychen@wl-plastic.com |
| 2 | Beautiful Bubble Online Store<br>Feier Department Store, 2nd Floor, No. 100, Dazhong Road, Fanpu Street, Xunyang District, Jiujiang City, Jiangxi Province, China | USPS EY470513095US |
| 3 | Dongyang Baozhi Toys Factory<br>First Floor, Unit 1, Building 1, Lianfeng Village, Shangwu Industrial Zone, Huashui Town, Dongyang City, Jinhua City, Zhejiang Province, China | FedEx tracking 776396895136<br>daihonggen@163.com |
| 4 | Guangzhou Biedi Trading Co., Ltd<br>No. 4 411, No. 99 East Ring Road, Zhucun, Tianhe District, Guangzhou City, Guangdong Province, China. | FedEx tracking 776398000126<br>peneede@hotmail.com<br>13726752881@163.com<br>peneede@163.com |
| 5 | Jinhua Qixin Trading Co., Ltd.<br>No. 43, Shangwu Industrial Zone, Huashui, Dongyang City, Jinhua City, Zhejiang Province, China | USPS EY470513348US<br>1301138845@qq.com |
| 6 | Junhua City Leyan Trading Co., Ltd.<br>506, No. 3, Row 4, Southern District, Tangli New Village, Xiaoshun Town, Jindong District, Jinhua City, Zhejiang Province, China | USPS EY470513215US<br><br>188579333@qq.com,<br>383290607@qq.com |
| 7 | Qianshan County Hanying Trading Co., Ltd.<br>No. 12, Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi Province, China | USPS EY470513161US |
| 8 | Qianshan County Yingzhe Trading Co., Ltd.<br>Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi Province, China | USPS EY470521052US |
| 9 | Shanghai Yi Chen Industrial Co., Ltd.<br>Floor 1-2, No. 365, 367, and 377, Gubei East Road, Baoshan District, Shanghai, China | FedEx 776397701170 |

| 10 | Taiyuan Aoxuan Trading Co., Ltd.<br>14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District, Taiyuan City, Shanxi Province, China | USPS EY470513484US |
| --- | --- | --- |
| 11 | Taiyuan Qulite Information Technology Co., Ltd.<br>14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District, Taiyuan City, Shanxi Province, China | USPS EY470513538US |
| 12 | Taiyuan Xinyian Information Technology Co., Ltd.<br>Floor 15, 14th Floor, Haitang International Building, 68 Jinyang Street, Xiaodian District City, Taiyuan, China | USPS EY470513405US |
| 13 | Wuling District Xinda Balloon Business Department (Ledou Balloon Xinda)<br>Room 105, Building 6, Deyuan Community, Sanlvang Community, Yong'an Street, Wuling District, Changde City, Hunan Province, China | USPS EY470513303US |
| 14 | Xunyang District Feier Department Store Business Department<br>1-201, Building C, Chutian Building, No. 44 Dazhong Road, Xunyang District, Jiujiang City, China | USPS EY470513317US |
| 15 | Yongkang Shikasuo Electronic Commerce Co., Ltd.<br>No. 166, Jinyuan Road, Dongcheng Street, Yongkang City, Jinhua City, Zhejiang Province, China | USPS EY470513609US<br>peneede@163.com |