Business Name: Zhejiang Weilong Plastic Products Co., Ltd.
Address: No .1 Industrial Avenue, Huashui Plastic Industrial Park, Dongyang City, Jinhua, Zhejiang China 322102
Chairman: Wang Junping

Shipped: May 14, 2024

Tracking Number: 776382284364

Shipped via FedEx Express



Company name: Beautiful Bubble Online Store
Address: Feier Department Store, 2nd Floor, No. 100, Dazhong Road, Fanpu Street, Xunyang District, Jiujiang City, Jiangxi Province
Phone: +86 0792-8216477, +86 18970266491
Managing Director: Lin Hongjian.

Shipped: May 15, 2024

Tracking Number: EY470513095US

Shipped via USPS Priority Mail Express



Company Name: Dongyang Baozhi Toys Factory

Address: First Floor, Unit 1, Building 1, Lianfeng Village, Shangwu Industrial Zone, Huashui Town, Dongyang City, Jinhua City, Zhejiang Province (Dongyang Hewei Technology Development Co., Ltd.

Investor: Dai Honggen

Tel: 13757939100

Shipped: May 15, 2024

Tracking Number: 776396895136

Shipped via FedEx Express





Company Name: Guangzhou Biedi Trading Co., Ltd
Address: CN. No. 4 411, No. 99 East Ring Road, Zhucun, Tianhe District, Guangzhou City,
Guangdong Province
Legal Representative: Xie Xiaoling

Shipped: May 15, 2024

Tracking Number: 776398000126

Shipped via FedEx Express



4.

Business Name: Jinhua Qixin Trading Co., Ltd.
Address: No. 43, Shangwu Industrial Zone, Huashui, Dongyang City, Jinhua City, Zhejiang Province
Legal representative: Zhu Wanwan

Shipped: May 15, 2024

Tracking Number: EY470513348US

Shipped via USPS Priority Mail Express



5.

Company Name: Jinhua City Leyan Trading Co., Ltd.
Address: Room 506, No. 3, Row 4, Southern District, Tangli New Village, Xiaoshun Town,
Jindong District, Jinhua City
Zhejiang Province, China.
Legal Presentative: Xu Yanyan

Shipped: May 15, 2024

Tracking Number: EY470513215US

Shipped via USPS Priority Mail Express



Company Name: Qianshan County Hanying Trading Co., Ltd
Address: CN No. 12, Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi Province
Legal Presentative: Hong Ying
Established Registration Authority: 2023-05-08

Shipped: May 15, 2024

Tracking Number: EY470513161US

Shipped via USPS Priority Mail Express



Company Name: Qianshan County Yingzhe Trading Co., Ltd
Address: No. 12, Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi Province, China (Liu JinSheng's home)
Legal Presentative: Hong Ying

Shipped: May 17, 2024

Tracking Number: EY470521052US

Shipped via USPS Priority Mail Express



Company Name: Shanghai Yi Chen Industrial Co., Ltd.
Address: Floor 1-2, No. 365, 367, and 377, Gubei East Road,
Baoshan District, Shanghai

Shipped: May 15, 2024

Tracking Number: 776397701170

Shipped via FedEx Express





Company Name: Taiyuan Aoxuan Trading Co., Ltd
Address: CN, 14th Floor, Haitang International Building,
No. 68 Jinyang Street, Xiaodian District, Taiyuan City,
Shanxi Province
Legal Representative: Sun Erfeng

Shipped: May 15, 2024

Tracking Number: EY470513484US

Shipped via USPS Priority Mail Express



Company Name: Taiyuan Qulite Information Technology Co., Ltd.
Address: CN, 14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District, Taiyuan City, Shanxi Province (No. 5699, Shanxi Hechang Space Enterprise Incubation Park Co., Ltd.
Legal Representative: Ma Chanjuan

Shipped: May 15, 2024

Tracking Number: EY470513609US

Shipped via USPS Priority Mail Express



11.

Company Name: Taiyuan Xinyian Information Technology Co., Ltd.
Floor 15, 14th Floor, Haitang International Building,
68 Jinyang Street, Xiaodian District City
Taiyuan
Legal Representative: Yan HongHong

Shipped: May 15, 2024

Tracking Number: EY470513405US



12.

Business Name: Wuling District Xinda Balloon Business Department
Address: Room 105, Building 6, Deyuan Community, Sanlvang Community, Yong'an Street,
Wuling District, Changde City, Hunan Province
Managing Director: Li Banglin
Mobile #: +86 17763637391

Shipped: May 15, 2024

Tracking Number: EY470513303US

Shipped via USPS Priority Mail Express



Business Name: Xunyang District Feier Department Store Business Department
Address: 1-201, Building C, Chutian Building, No. 44 Dazhong Road, Xunyang District, Jiujiang City
Managing Director: Li Shufang

Shipped: May 15, 2024

Tracking Number: EY470513317US

Shipped via USPS Priority Mail Express



Company Name: Yongkang Shikasuo Electronic Commerce Co., Ltd
Address: CN 185, No. 166, Jinyuan Road, Dongcheng Street, Yongkang City, Jinhua City, Zhejiang Province
Legal Representative: Chen Peidong

Shipped: May 15, 2024

Tracking Number: EY470513609US

Shipped via USPS Priority Mail Express



15.

**Justin King**

| | |
|---|---|
| **From:** | postmaster@outlook.com |
| **Sent:** | Thursday, May 16, 2024 12:02 AM |
| **To:** | jking@wpat.com |
| **Subject:** | Delivered: Notice of Hearing at District Court of Maryland on 11am 5/22/2024 |
| **Attachments:** | details.txt; Untitled attachment 00288.txt |

## Your message has been delivered to the following recipients:

peneede@hotmail.com

Subject: Notice of Hearing at District Court of Maryland on 11am 5/22/2024

16

**Justin King**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, May 16, 2024 12:01 AM |
| **To:** | jking@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 00282.txt |

The original message was received at Thu, 16 May 2024 00:00:46 -0400 from jking.wpat.com [10.50.80.133]

----- The following addresses had successful delivery notifications ----- <13726752881@163.com>  (relayed to non-DSN-aware mailer) <peneede@163.com>  (relayed to non-DSN-aware mailer)

----- Transcript of session follows ----- <peneede@163.com>... relayed; expect no further notifications <13726752881@163.com>... relayed; expect no further notifications

**Justin King**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Wednesday, May 15, 2024 11:57 PM |
| **To:** | jking@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 00270.txt |

The original message was received at Wed, 15 May 2024 23:56:52 -0400 from jking.wpat.com [10.50.80.133]

  ----- The following addresses had successful delivery notifications ----- <daihonggen@163.com> (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows ----- <daihonggen@163.com>... relayed; expect no further notifications

## Justin King

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Wednesday, May 15, 2024 11:56 PM |
| **To:** | jking@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 00264.txt |

The original message was received at Wed, 15 May 2024 23:55:57 -0400 from jking.wpat.com [10.50.80.133]

----- The following addresses had successful delivery notifications ----- <188579333@qq.com> (relayed to non-DSN-aware mailer) <383290607@qq.com> (relayed to non-DSN-aware mailer)

----- Transcript of session follows ----- <383290607@qq.com>... relayed; expect no further notifications <188579333@qq.com>... relayed; expect no further notifications

## Justin King

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Wednesday, May 15, 2024 11:45 PM |
| **To:** | jking@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 00246.txt |

The original message was received at Wed, 15 May 2024 23:42:49 -0400 from jking.wpat.com [10.50.80.133]

----- The following addresses had successful delivery notifications ----- <13003187641@163.com> (relayed to non-DSN-aware mailer) <barbara@wl-plastic.com> (relayed to non-DSN-aware mailer) <ben@wl-plastic.com> (relayed to non-DSN-aware mailer) <terrychen@wl-plastic.com> (relayed to non-DSN-aware mailer) <wjp@wl-plastic.com> (relayed to non-DSN-aware mailer)

----- Transcript of session follows ----- <13003187641@163.com>... relayed; expect no further notifications <wjp@wl-plastic.com>... relayed; expect no further notifications <terrychen@wl-plastic.com>... relayed; expect no further notifications <ben@wl-plastic.com>... relayed; expect no further notifications <barbara@wl-plastic.com>... relayed; expect no further notifications

**Justin King**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Wednesday, May 15, 2024 11:45 PM |
| **To:** | jking@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 00240.txt |

The original message was received at Wed, 15 May 2024 23:44:09 -0400 from jking.wpat.com [10.50.80.133]

----- The following addresses had successful delivery notifications ----- <1301138845@qq.com> (relayed to non-DSN-aware mailer)

----- Transcript of session follows ----- <1301138845@qq.com>... relayed; expect no further notifications