# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.JKB-24-1340<br>) |
| Zhejiang Weilong Plastic Products Co., et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## STATUS REPORT

Jet Creations Inc. ("Plaintiff"), by and through its undersigned counsel, hereby submits this Status Report relating to efforts to provide notice of the hearing scheduled for June 27, 2024 on Plaintiff's Motion for Temporary Restraining Order and other relief ("Motion for TRO") to Defendants.

1. On June 20, 2024 the Court scheduled a hearing on Plaintiff's Motion for TRO for June 27, 2024 and further ordered Plaintiff to submit a status report on May 25, 2023 setting forth its efforts to notify the Defendants of the June 27, 2024 hearing date as proffered by Plaintiff in its Motion. DCK. 12.

2. In accordance with the Court's instructions, on June 20, 2024 Plaintiff sent an email to those Defendants for which it had an email address. A copy of the email is attached as Exhibit A.

1

3. Plaintiff's undersigned counsel has not been contacted by any of the Defendants.

        Respectfully Submitted,
        /s/ Andrew C. Aitken
        Andrew C. Aitken, Esq (# 06413)
        6701 Democracy Blvd., Suite 555
        Bethesda, Maryland 20817
        (301) 537-3299
        acaitken@aitkenlawoffices.com

        Justin King, Esq. (*pro hac vice to be requested*)
        WPAT, PC
        8230 Boone Blvd., Suite 405
        Vienna, VA 22182

        *Attorneys for Jet Creations, Inc.*