# Steve Yu

| | |
|---|---|
| **From:** | postmaster@outlook.com |
| **Sent:** | Thursday, June 20, 2024 4:57 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Delivered: Jet Creations, Inc. v. Guangzhou Biedi Trading Co., Ltd |
| **Attachments:** | details.txt; Untitled attachment 01915.txt |

## Your message has been delivered to the following recipients:

peneede@hotmail.com

Subject: Jet Creations, Inc. v. Guangzhou Biedi Trading Co., Ltd

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:57 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 01909.txt |

The original message was received at Thu, 20 Jun 2024 16:56:52 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had successful delivery notifications ----- <13726752881@163.com>  (relayed to non-DSN-aware mailer) <peneede@163.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <peneede@163.com>... relayed; expect no further notifications <13726752881@163.com>... relayed; expect no further notifications

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:55 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 01885.txt |

The original message was received at Thu, 20 Jun 2024 16:54:32 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had successful delivery notifications ----- <1301138845@qq.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <1301138845@qq.com>... relayed; expect no further notifications

1

**Steve Yu**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:54 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 01879.txt |

The original message was received at Thu, 20 Jun 2024 16:53:52 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had successful delivery notifications ----- <13003187641@163.com>  (relayed to non-DSN-aware mailer) <barbara@wl-plastic.com>  (relayed to non-DSN-aware mailer) <ben@wl-plastic.com>  (relayed to non-DSN-aware mailer) <terrychen@wl-plastic.com>  (relayed to non-DSN-aware mailer) <wjp@wl-plastic.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <13003187641@163.com>... relayed; expect no further notifications <wjp@wl-plastic.com>... relayed; expect no further notifications <terrychen@wl-plastic.com>... relayed; expect no further notifications <ben@wl-plastic.com>... relayed; expect no further notifications <barbara@wl-plastic.com>... relayed; expect no further notifications

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:53 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 01873.txt |

The original message was received at Thu, 20 Jun 2024 16:52:32 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had successful delivery notifications ----- <daihonggen@163.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <daihonggen@163.com>... relayed; expect no further notifications

1

**Steve Yu**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:51 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 01861.txt |

The original message was received at Thu, 20 Jun 2024 16:50:31 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had successful delivery notifications ----- <188579333@qq.com>  (relayed to non-DSN-aware mailer) <383290607@qq.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <383290607@qq.com>... relayed; expect no further notifications <188579333@qq.com>... relayed; expect no further notifications

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:57 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 01921.txt |

The original message was received at Thu, 20 Jun 2024 16:57:20 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had successful delivery notifications ----- <13726752881@163.com>  (relayed to non-DSN-aware mailer) <peneede@163.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <peneede@163.com>... relayed; expect no further notifications <13726752881@163.com>... relayed; expect no further notifications

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:56 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Returned mail: see transcript for details |
| **Attachments:** | details.txt; Jet Creations, Inc. v. Taiyuan Aoxuan Trading Co., Ltd (221 KB) |

The original message was received at Thu, 20 Jun 2024 16:55:28 -0400 from syu-dell.wpat.com [10.50.80.124]

  ----- The following addresses had permanent fatal errors ----- <15316885836@163.com>
   (reason: 550 User not found: 15316885836@163.com)

  ----- Transcript of session follows ----- ... while talking to 163mx03.mxmail.netease.com.:
>>> DATA
<<< 550 User not found: 15316885836@163.com
550 5.1.1 <15316885836@163.com>... User unknown <<< 503 bad sequence of commands

1

**Steve Yu**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:55 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Returned mail: see transcript for details |
| **Attachments:** | details.txt; Jet Creations, Inc. v. Taiyuan Xinyian Information Technology Co., Ltd. (221 KB) |

The original message was received at Thu, 20 Jun 2024 16:54:57 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had permanent fatal errors ----- <15316885836@163.com>
    (reason: 550 User not found: 15316885836@163.com)

   ----- Transcript of session follows ----- ... while talking to 163mx01.mxmail.netease.com.:
>>> DATA
<<< 550 User not found: 15316885836@163.com
550 5.1.1 <15316885836@163.com>... User unknown <<< 503 bad sequence of commands

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:51 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Returned mail: see transcript for details |
| **Attachments:** | details.txt; Jet Creations, Inc. v. Qianshan County Yingzhe Trading Co., Ltd (221 KB) |

The original message was received at Thu, 20 Jun 2024 16:51:24 -0400 from syu-dell.wpat.com [10.50.80.124]

  ----- The following addresses had permanent fatal errors ----- <334500@qq.com>
  (reason: 550 Mailbox unavailable or access denied [MPpyBMTabGPZYy+ry5rgptKQQ1QJ8niixU9Tb2e48R6mHXJ0TsoknWxBukfvhFuqVw==  IP: 173.73.73.8]. https://service.mail.qq.com/detail/0/166.)

  ----- Transcript of session follows ----- ... while talking to mx3.qq.com.:
>>> DATA
<<< 550 Mailbox unavailable or access denied [MPpyBMTabGPZYy+ry5rgptKQQ1QJ8niixU9Tb2e48R6mHXJ0TsoknWxBukfvhFuqVw==  IP: 173.73.73.8]. https://service.mail.qq.com/detail/0/166.
554 5.0.0 Service unavailable

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:50 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Returned mail: see transcript for details |
| **Attachments:** | details.txt; Jet Creations, Inc. v. Qianshan County Yingzhe Trading Co., Ltd (221 KB) |

The original message was received at Thu, 20 Jun 2024 16:49:42 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had permanent fatal errors ----- <334500@qq.com>
    (reason: 550 Mailbox unavailable or access denied [MNxighsC87EakA+bZZlQoBloDtXY6qF+k4yeXUQza6D3HG9BZBhuGx+qWWrw0Zzyrg==  IP: 173.73.73.8]. https://service.mail.qq.com/detail/0/166.)

   ----- Transcript of session follows ----- ... while talking to mx3.qq.com.:
>>> DATA
<<< 550 Mailbox unavailable or access denied [MNxighsC87EakA+bZZlQoBloDtXY6qF+k4yeXUQza6D3HG9BZBhuGx+qWWrw0Zzyrg==  IP: 173.73.73.8]. https://service.mail.qq.com/detail/0/166.
554 5.0.0 Service unavailable

1

# Steve Yu

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@wpat.com> |
| **Sent:** | Thursday, June 20, 2024 4:56 PM |
| **To:** | syu@wpat.com |
| **Subject:** | Returned mail: see transcript for details |
| **Attachments:** | details.txt; Jet Creations, Inc. v. Taiyuan Qulite Information Technology Co., Ltd. (221 KB) |

The original message was received at Thu, 20 Jun 2024 16:56:02 -0400 from syu-dell.wpat.com [10.50.80.124]

   ----- The following addresses had permanent fatal errors ----- <13759645273@163.com>
    (reason: 550 User not found: 13759645273@163.com)

   ----- Transcript of session follows ----- ... while talking to 163mx01.mxmail.netease.com.:
>>> DATA
<<< 550 User not found: 13759645273@163.com
550 5.1.1 <13759645273@163.com>... User unknown <<< 503 bad sequence of commands

1