## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.JKB-24-1340 |
| | ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## **STATUS REPORT**

Jet Creations Inc. ("Plaintiff" or "Je Creations"), by and through its undersigned counsel, hereby submits this Status Report relating to the Temporary Restraining Order that issued on June 27, 2024.

1.     Counsel reported the issuance of the Temporary Restraining Order (the "Order") (DCK 16)  to Jet Creations on Thursday June 27, 2024 and the requirement that Jet Creations obtain a $5,000.00 surety bond.  Counsel further reported that the order would expire on 14 days from the issuance but, upon showing good cause, the order could be extended.

2.     The following week,  Jet Creations reported that it has been monitoring the Alibaba Express website and most of the Defendants that were subject to the Order had removed the listings for the infringing inflatable zebra products.

3.     Undersigned counsel did not provide notice of the Temporarily Restraining Order to any of the Defendants, and as reported to counsel, Jet Creations did not provide notice of the Order to the Defendants nor any third party.

1

4.     Jet Creations reported that it contacted the bond agency recommended by counsel but was having difficulties securing a bond. It inquired last week if it could deposit the bond amount with the court registry.  In view of the  expiry of the Temporary Restraining on Thursday July 11, 2024 and considering that no Defendant has been notified of the order, it did not secure a cashier's check and deposit the funds with the Court.  .

5.     Jet Creations has initiated efforts to serve each of the Defendants pursuant to the procedures of the Hague Convention.  Its primary objective at this time is to stop the infringement by the manufacturer, Zhejiang Weilong Plastic Co., Ltd., that, on information and belief, is working with the various retail defendants and encourages and facilitates these retail defendants to  market and sell the infringing products to consumers in the United States and to dissuade them from selling other copyrighted products.  In this regard,  Jet Creations has requested counsel to attempt to seek a preliminary injunction at a later date, after service of process has been effected, seeking such further relief.  Accordingly, it intends to provide supplemental briefing and evidence that will demonstrate that the exercise of jurisdiction over the manufacturer is constitutionally permitted.

Respectfully Submitted,

/s/ Andrew C. Aitken
Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite . 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

Justin King, Esq.
 (*pro hac vice to be requested*)
WPAT, PC
8230 Boone Blvd., Suite 405
Vienna, VA 22182

*Attorneys for Jet Creations, Inc.*