# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JET CREATIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.JKB-24-1340 |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| Defendants. | ) |

## STATUS REPORT

Pursuant to the Court's Oder dated August 14, 202 and entered August 15, 2024, Jet Creations Inc. ("Plaintiff" or "Jet Creations"), by and through its undersigned counsel, hereby submits this Status Report relating to the progress made serving the summonses and complaints on the Chinese defendants.

Mr. Justin King, counsel for Jet Creations, first contacted Mr. Wenta Huang of the Sonhold law firm in Shanghai China to assist with the service of the summons in the Chinese defendants on July 3, 2024.

On or about July 30, 2024, Mr. Huang provided advice regarding the procedure to effect service of the summonses and complaints and all of the required documents were transmitted to Chinese counsel by Mr. King.

On August 27, Mr. Huang and Mr. King, had a further teleconference and Mr. Huang reported that he was able to identify the respective Chinese government registrations for the defendants identified in the complaint which was necessary for the submission. On information

1

and belief, the Complaints, Exhibits and Summonses were translated and submitted to the Chinese authority on or about August 30, 2024.

Last week, Mr. Huang confirmed that the complaint, exhibits and summons had been submitted to International Legal Cooperation Center ("ILCC"), an entity that is controlled by the Chinese Ministry of Justice, and that has been assigned responsibility for service of legal documents in China. Mr. Huang also reported that his submissions are under review but have not yet been approved. Upon approval, the payment of a government fee is required before the ILCC will serve the respective summonses and complaints.

Undersigned counsel will provide an update to the Court upon notification that the submission has been approved and served.

                                                Respectfully Submitted,

September 16, 2024                  /s/ Andrew C. Aitken
                                                Andrew C. Aitken, Esq (# 06413) 6701
                                                Democracy Blvd., Suite . 555
                                                Bethesda, Maryland 20817
                                                (301) 537-3299
                                                acaitken@aitkenlawoffices.com

                                                Justin King, Esq.
                                                WPAT, PC
                                                8230 Boone Blvd., Suite 405
                                                Vienna, VA 22182

                                                *Attorneys for Jet Creations, Inc.*