# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| JET CREATIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.1:24-1340 JKB ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) ) ) |
| Defendants. | ) ) ) ) |

## STATUS REPORT

Pursuant to the Court's Order dated, September 17, 2024, Jet Creations Inc. ("Plaintiff" or "Jet Creations"), by and through its undersigned counsel, hereby submits this Status Report relating to the progress made serving the summonses and complaints on the Chinese defendants.

As previously reported Plaintiff's Chinese counsel submitted that complaints, exhibits and summons were submitted to International Legal Cooperation Center ("ILCC"), an entity that is controlled by the Chinese Ministry of Justice, and that has been assigned responsibility for service of legal documents in China, on or about September 1, 2024

Mr. Huang, Chinese counsel for Jet Creations, Inc., has now reported that the submissions have been approved by the ILCC, docketed and pending transmittal to respective local court for service on the respective defendants.

Undersigned counsel will provide an update to the Court upon notification that the process has been served.

                                              Respectfully Submitted,

October 17, 2024                     /s/ Andrew C. Aitken
                                          Andrew C. Aitken, Esq (# 06413) 6701 Democracy Blvd., Suite . 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

Justin King, Esq.  (*Admission pending*)
WPAT, PC
8230 Boone Blvd., Suite 405
Vienna, VA 22182

*Attorneys for Jet Creations, Inc.*