# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MARYLAND

| | |
|---|---|
| Jet Creations, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.1:24-1340 JKB |
| | ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## **STATUS REPORT**

Pursuant to the Court's Order dated, October 17, 2024,  Jet Creations Inc. ("Plaintiff" or "Jet Creations"), by and through its undersigned counsel, hereby submits this Status Report relating to the progress made serving the summonses and complaints on the Chinese defendants.

As previously reported Plaintiff's Chinese counsel submitted that complaint, exhibits and summons to the International Legal Cooperation Center ("ILCC"), an entity that is under the Chinese Ministry of Justice, and that has been assigned responsibility for service of legal documents in China, on or about September 1, 2024

As the attached exhibits reflect, the following defendants have been served.

| Exhibits | Defendant's Name |
|---|---|
| A | Zhejiang Weilong Plastic Products Co., Ltd. |
| B | Beautiful Bubble Online Store |
| C | Dongyang Baozhi Toys Factory |
| D | Jinhua Qixin Trading Co., Ltd. |
| E | Junhua City Leyan Trading Co., Ltd. |
| F | Qianshan County Hanying Trading Co., Ltd . |
| G | Qianshan County Yingzhe Trading Co., Ltd. |
| H | Taiyuan Aoxuan Trading Co., Ltd. |

1

| I | Taiyuan Qulite Information Technology Co., Ltd. |
| J | Taiyuan Xinyian Information Technology Co., Ltd. |
| K | Wuling District Xinda Balloon Business Department (Ledou Balloon Xinda) |
| L | Xunyang District Feier Department Store Business Department |
| M | Yongkang Shikasuo Electronic Commerce Co., Ltd |

Two Defendants, Guangzhou Biedi Trading Co., Ltd. and Shanghai Yi Chen Industrial Co., Ltd., have not yet been served.

Undersigned counsel will provide an update to the Court upon notification that the process has been served on the remaining two Defendants.

Respectfully Submitted,

January 17, 2025

/s/ *Justin King*
Justin King, Esq.  (# 31390)
WPAT, PC.
8230 Boone Blvd., Suite 405
Vienna, VA 22182
jking@wpat.com

Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite  555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

*Attorneys for Jet Creations, Inc.*

Exhibit A

# 向国外送达司法文书或司法外文书的

## 请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| （身份和地址）<br>(identity and address） / (identité et adresse)<br><br>Zhejiang Weilong Plastic Products Co., Ltd. [王军平] Wang JunPing)<br>Zhejiang Sheng,Jinhua Shi,No .1 Industrial Avenue, Huashui Plastic Industrial Park, Dongyang City, Jinhua, Zhejiang China 32210 86533000 浙江省东阳市塑料工<br>业园区 |
|---|

| ☑ | *a)* | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|---|---|---|
| ☐ | *b)* | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | *c)* | 如收件人自愿接受，请于以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

* 适当时
if appropriate / s'il y a lieu

| 制于（地点） 中国上海<br>Done at / Fait à<br>（日期）<br>the / le   2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et ou cachet<br><br>黄文涛 |
|---|---|

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

**2249CNS20240917**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[✓] 1.                                *
that the document has been served *
*que la demande a été exécutée\**

| –          :<br>the (date) / le (date) : | 30.Oct,2024 |
|---|---|
| –<br>at (place, street, number) / à (localité, rue, numéro) : |  |

| –                              :<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|

[✓] **a)**                                   *
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)\**

[ ] **b)**                    *
in accordance with the following particular method*:
*selon la forme particulière suivante\**

[ ] **c)**                              *
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple\**

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| Identity and description of person:<br>*Identité et qualité de la personne :* | The signature is not legible |
|---|---|
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | Company Staff |

[ ] 2                                   *
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\**

|  |
|---|

[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\**.

Annexes / Annexes

| Documents returned:<br>*Pièces renvoyées :* |  |
|---|---|
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* |  |

*
*if appropriate / s'il y a lieu*

| Done at / Fait à<br><br>Beijing<br><br>*the / le*<br>2024.11.08 | Signature and/or stamp / Signature et / ou cachet<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民商事司法协助专用章 |
|---|---|

2013    4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| :<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| :<br>Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Zhejiang Weilong Plastic Products Co., Ltd. |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 86533000 |

\*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| ☑ | **<br>JUDICIAL DOCUMENT**<br>ACTE JUDICIAIRE** |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| :<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| .**<br>Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| .**<br>Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| .**<br>Date of judgment**:<br>Date de la décision** : | |
| .**<br>Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

**
if appropriate / s'il y a lieu

| ☐ | **<br>EXTRAJUDICIAL DOCUMENT**<br>ACTE EXTRAJUDICIAIRE** |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| .**<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**
if appropriate / s'il y a lieu

2013    4



# 浙江省东阳市人民法院
## 送 达 回 证

（2024）最高法知外送2479号
（2024）浙协外送 336号

| 案　　　　由 | 知识产权权属.侵权纠纷 | 案号 | （2024）浙0783民初外送8号 |
|---|---|---|---|
| 送 达 文 书名 称 和 件 数 | 1. 起诉状；2. 证据；3. 传票.以上材料原文件及翻译件各一份. | | |
| 受 送 达 人 | 浙江威龙塑胶制品有限公司. | | |
| 送 达 地 址 | 东阳市塑料工业园区 | | |
| 受送达人签名或 盖 章 | | | 年　　月　　日 |
| 代收人与受送达人的身份关系 | 李华龙 | | 2024年 10月 30日 |
| 填 发 人 | 吕春科卢益忠 | 填发日期 | 2024年 10月30日 |
| 备　　　　注 | 查泽光为该公司员工 | | |

本回证收签后，及时退回本院。

Exhibit B

向国外送达司法文书或司法外文书的

请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave.,, Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:

（身份和地址）
(Identity and address) / (Identité et adresse)

Beautiful Bubble Online Store《李淑芳 Li Shufang》
Jiangxi Sheng,Jiujiang Shi,九江市浔阳区大中路44号费天大厦C栋1-201 Feier Department Store, 2nd Floor, No. 100, Dazhong Road, Fanpu Street, Xunyang District,
Jiujiang City, Jiangxi Province, China 13197830137

| | | |
|---|---|---|
| ☑ | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le  2024. 7. 17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文婷 |

海牙会议 常设局 2013 年 4 月

# CERTIFICATE
*ATTESTATION*

2259CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[✓] 1.                                    *
that the document has been served *
*que la demande a été exécutée**

| – :  the (date) / le (date) : | 15.Oct,2024 |
|---|---|
| – at (place, street, number) / à (localité, rue, numéro) : | THE PEOPLE'S COURT OF XUNYANG DISTRICT |

| – :  in one of the following methods authorised by Article 5:  *dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| [✓] **a)**                                    * <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* <br> *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| [ ] **b)**                                    * <br> in accordance with the following particular method*: <br> *selon la forme particulière suivante** | |
| [ ] **c)**                                    * <br> by delivery to the addressee, if he accepts it voluntarily* <br> *par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| :  Identity and description of person:  *Identité et qualité de la personne :* | Shufang Li |
|---|---|
| Relationship to the addressee (family, business or other):  *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | The head of the recipient |

[ ] 2                                    *
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants**

| |
|---|

[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / Annexes

| :  Documents returned:  *Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:  *Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / Fait à <br> Beijing <br> *the / le* <br> 2024.11.08 | *Signature and/or stamp / Signature et / ou cachet* <br> 中 华 人 民 共 和 国 <br> 司 法 部 <br> 民商事司法协助专用章 |
|---|---|

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| :<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| :<br>Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Beautiful Bubble Online Store |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13197830137 |

\*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

[✓] \*\*
JUDICIAL DOCUMENT\*\*
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| :<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| :<br>Nature and purpose of the proceedings and, when appropriate,<br>the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| :\*\*<br>Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | 20 |
| :\*\*<br>Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | UNITED STATES DISTRICT COURT for the District of Maryland |
| :\*\*<br>Date of judgment\*\*:<br>Date de la décision\*\* : | |
| :\*\*<br>Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 20 |

\*\*
if appropriate / s'il y a lieu

[ ] \*\*
EXTRAJUDICIAL DOCUMENT\*\*
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| :\*\*<br>Time-limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\*: | |

\*\*
if appropriate / s'il y a lieu

2013    4

# 九江市浔阳区人民法院
## 送 达 回 证

| | |
|---|---|
| 案号 | （2024）赣 0403 协外送 2 号 |
| 案由 | 知识产权权属、侵权纠纷 |
| 送达文书<br>名称及件数 | 起诉状、证据、传票 各壹份(响为中英版本)<br>(附件1-2) |
| 受送达人 | 浔阳区飞儿百货经营部 |
| 送达地址 | 本院 |
| 受送达人<br>签名或盖章 | 李俶芳　　　　　　2024 年 10 月 15 日 |
| 代收人签<br>名或盖章 | 年　　月　　日 |
| 代收人及<br>代收理由 | |
| 备考 | 李淑芳系浔阳区飞儿百货经营部 的经营者。 |

填发人：程晨霞　　　　　　　　　　送达人：程晨霞　程晨霞 2024.10.15
梁琛

1、送达刑事、民事、经济、行政等诉讼文书，应分别按照刑事
诉讼法、民事诉讼法、行政诉讼法规定办事
2、代收诉讼文书的，由代收人签名或盖章后，还应注明其与受
送达人的关系及代收理由。







Exhibit C

向国外送达司法文书或司法外文书的

请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentzo Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）/ (identity and address) / (identité et adresse)
Dongyang Baozhi Toys Factory []威宝银 DAI,HONGGEN[]
Zhejiang Sheng,Jinhua Shi,浙江省金华市东阳市画水镇蔴水村社上场工业区（东阳合威科技发展有限公司内1幢1单元一楼）（自主申报[], 13757939100 First Floor, Unit
1, Building 1, Lianfeng Village, Shangwu Industrial Zone, Huashui Town, Dongyang City, Jinhua City, Zhejiang Province, China

| | | |
|---|---|---|
| ☑ | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le    2024. 9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文青 |
|---|---|

海牙会议 常设局 2013年 4月

## CERTIFICATE
### *ATTESTATION*

**2261CNS20240917**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[✓] 1.
that the document has been served *
*que la demande a été exécutée**

| – :  
the (date) / le (date) : | 30.Oct,2024 |
|---|---|
| –  
at (place, street, number) / à (localité, rue, numéro) : | First Floor, Unit 1, Building 1, Lianfeng Village, Shangwu Industrial Zone, Huashui Town, Dongyang City, Jinhua City, Zhejiang |

| – :  
in one of the following methods authorised by Article 5:  
*dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| [✓] | **a)** *  
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*  
*selon les formes légales (article 5, alinéa premier, lettre a)** |
| [ ] | **b)** *  
in accordance with the following particular method*:  
*selon la forme particulière suivante** |
| [ ] | **c)** *  
by delivery to the addressee, if he accepts it voluntarily*  
*par remise simple** |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| :  
Identity and description of person:  
*Identité et qualité de la personne :* | With a seal of the company |
|---|---|
| Relationship to the addressee (family, business or other):  
*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

[ ] 2 *
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants**

| |
|---|

[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / *Annexes*

| :  
Documents returned:  
*Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:  
*Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| *Done at / Fait à*  
Beijing  
*the / le*  
2024.11.08 | *Signature and/or stamp / Signature et / ou cachet*  
中 华 人 民 共 和 国  
司 法 部  
民商事司法协助专用章 |
|---|---|

2013    4

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| :<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| :<br>Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Dongyang Baozhi Toys Factory |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13757939100 |

\*
  if appropriate, identity and address of the person interested in the transmission of the document
  s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| ✓ | \*\*<br>JUDICIAL DOCUMENT\*\*<br>ACTE JUDICIAIRE\*\* |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| :<br>Nature and purpose of the proceedings and, when appropriate,<br>the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| .\*\*<br>Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | 20 |
| .\*\*<br>Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | |
| .\*\*<br>Date of judgment\*\*:<br>Date de la décision\*\* : | |
| .\*\*<br>Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 20 |

\*\*
  if appropriate / s'il y a lieu

| ☐ | \*\*<br>EXTRAJUDICIAL DOCUMENT\*\*<br>ACTE EXTRAJUDICIAIRE\*\* |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| .\*\*<br>Time-limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\*: | |

\*\*
  if appropriate / s'il y a lieu

2013    4



浙江省东阳市人民法院

送达回证

（2024）最高法协外送 23K号
（2024）浙协外送 311号

| 案　　　　由 | 知识产权权属、侵权纠纷 | 案号 | （2024）浙0783民协外27号 |
|---|---|---|---|
| 送达文书名称和件数 | 1.起诉状、2.证据、3.传票. 以上材料原文件及翻译件各1份 | | |
| 受送达人 | 东阳市宏智玩具厂 | | |
| 送达地址 | 东阳市画水镇联村上�26区（东阳铭科科技发展有限公司19幢1层-楼） | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人与受送达人的身份关系 | 钱小英 | | 2024年10月30日 |
| 填发人 | 吕希山 卢益忠 | 填发日期 | 2024年10月30日 |
| 备　　注 | 钱小英系该个体工商户经营者戴完根的儿媳. | | |

本回证收签后，及时退回本院。

Exhibit D

向国外送达达司法文书或司法外文书的

请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达达民事或商事司法文书和司法外文书公约

一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**（身份和地址）/ (identity and address) / (identité et adresse)**
Jinhua Qixin Trading Co., Ltd. (Zhu Wanwan,朱弯弯)
Zhejiang Sheng,Jinhua Shi,浙江省金华市东阳市画水镇上坞工业区43号（自主申报）No. 43, Shangwu Industrial Zone, Huashui, Dongyang City, Jinhua City,
Zhejiang Province, China 15757592120 15757592120 15757592120

| | | |
|---|---|---|
| ☑ | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：

List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

* 适当时
if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le  2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**2255CNS20240917**

1.                          *
[✓]    that the document has been served *
       *que la demande a été exécutée*

| –          :<br>the (date) / le (date) : | 30.Oct,2024 |
|---|---|
| –<br>at (place, street, number) / à (localité, rue, numéro) : | No. 1 Shangwu Industrial Zone, Huashui, Dongyang City, Jinhua City, Zhejiang |

–                                    :
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*

| [✓] | **a)**                                    *<br>*in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|
| [ ] | **b)**                          *<br>*in accordance with the following particular method*:<br>*selon la forme particulière suivante* |
| [ ] | **c)**                          *<br>*by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple* |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| Identity and description of person:<br>*Identité et qualité de la personne :* | With a seal of the company |
|---|---|
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

2                                  *
[ ]    that the document has not been served, by reason of the following facts*:
       *que la demande n'a pas été exécutée, en raison des faits suivants*

| |
|---|

[ ]    In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
       *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

Annexes / *Annexes*

| :<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / *Fait à*<br><br>Beijing<br><br>*the / le*<br>2024.11.08 | Signature and/or stamp / *Signature et / ou cachet*<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民商事司法协助专用章 |
|---|---|

2013    4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Jinhua Qixin Trading Co., Ltd. |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 15757592120 |

\*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| ✓ | **<br>JUDICIAL DOCUMENT**<br>ACTE JUDICIAIRE** |
|---|---|

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment**:<br>Date de la décision** : | |
| Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

\*\*
if appropriate / s'il y a lieu

| ☐ | **<br>EXTRAJUDICIAL DOCUMENT**<br>ACTE EXTRAJUDICIAIRE** |
|---|---|

| | |
|---|---|
| Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

\*\*
if appropriate / s'il y a lieu

2013    4



浙江省东阳市人民法院

# 送 达 回 证

(2024)最高法协外送 242号
(2024)浙协外送 346号

| 案　　　　由 | 知识产权权属、侵权纠纷 | 案号 | （2024）浙0783民协外送9号 |
|---|---|---|---|
| 送达文书名称和件数 | 1、起诉状；2、证据；3、信息。以上材料单原件及需翻译件各一份。 | | |
| 受送达人 | 金华市七心贸易有限公司 | | |
| 送达地址 | 东阳市画水镇上坊村大通18 | | |
| 受送达人签名或盖章 | 朱雪雪 | 2024年 10月30日 | |
| 代收人与受送达人的身份关系 | | 　年　月　日 | |
| 填发人 | 8木木 卢益忠 | 填发日期 | 2024年 10月30日 |
| 备　　　　注 | 朱雪雪系该公司的法定代表人。 | | |

本回证收签后，及时退回本院。

Exhibit E

# 向国外送达司法文书或司法外文书的

## 请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约

一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| （身份和地址）<br>(identity and address) / (identité et adresse)<br><br>Jinhua City Leyan Trading Co., Ltd.[法府府][Xu Yanyan[]<br>Zhejiang Sheng Jinhua Shi, 浙江省金华市金东区孝顺镇塘里新村南区4排3号506室 (自主申报[] 506, No. 3, Row 4, Southern District, Tangli New Village, Xiaoshun Town, Jindong District, Jinhua City, Zhejiang Province, China 18857933302 |
|---|

| ☑ | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）；<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请于以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：

List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

\* 适当时

if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br><br>（日期）<br>the / le    2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |
|---|---|

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2254CNS20240917

| | |
|---|---|
| 1.                        * ☐ that the document has been served * *que la demande a été exécutée** | |

| | |
|---|---|
| –      : *the (date) / le (date) :* | |
| – *at (place, street, number) / à (localité, rue, numéro) :* | |

| | |
|---|---|
| –                    : *in one of the following methods authorised by Article 5:* *dans une des formes suivantes prévues à l'article 5 :* | |
| ☐ **a)**                              * *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention** *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐ **b)**                  * *in accordance with the following particular method**: *selon la forme particulière suivante** | |
| ☐ **c)**             * *by delivery to the addressee, if he accepts it voluntarily** *par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| :  *Identity and description of person:* *Identité et qualité de la personne :* | |
| *Relationship to the addressee (family, business or other):* *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑ 2                              *
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants**

| |
|---|
| No such company at the address provided. |

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / Annexes

| | |
|---|---|
| :  *Documents returned:* *Pièces renvoyées :* | |
| *In appropriate cases, documents establishing the service:* *Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| | |
|---|---|
| *Done at / Fait à*   Beijing   *the / le*   2024.11.08 | *Signature and/or stamp / Signature et / ou cachet*   中 华 人 民 共 和 国 司 法 部 民商事司法协助专用章 |

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Junhua City Leyan Trading Co., Ltd. |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 18857933302 |

*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

[✓] **JUDICIAL DOCUMENT\*\***
**ACTE JUDICIAIRE\*\***

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | 20 |
| Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment\*\*:<br>Date de la décision\*\* : | |
| Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 20 |

\*\*
if appropriate / s'il y a lieu

[ ] **EXTRAJUDICIAL DOCUMENT\*\***
**ACTE EXTRAJUDICIAIRE\*\***

| | |
|---|---|
| Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| Time-limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\*: | |

\*\*
if appropriate / s'il y a lieu

2013    4



金华市金东区人民法院

送达证

（2024） 浙博外送338号

| 案　　　由 | 知识产权权属、侵权纠纷案 |
| --- | --- |
| 受送达人 | 金华乐设贸易有限公司 |
| 送达地点 | 浙江省金华市金东区孝顺镇堰里新村奇西4排39号2室 |
| 送达文书 |  |
| 收件人签名盖章 |  |
| 收到日期 | 年　　　月　　　日　　　时 |
| 代收人记明代收理由 |  |
| 送达人 | 陈佳、周春聪，10.17. |
| 备　　　注 | 1、公司地址为虚假申报从未经营. 2、电话均被挂断. |

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。

Exhibit F

# 向国外送达司法文书或司法外文书的
## 请求书

### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**关于向国外送达民事或商事司法文书和司法外文书公约**
**一九六五年十一月十五日订于海牙**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| | |
|---|---|
| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

**签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中**
**一份送达给收件人，即：**

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné à l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| |
|---|
| （身份和地址）<br>(identity and address) / (identité et adresse)<br><br>Qianshan County Hanying Trading Co., Ltd[铅莹[Hong Ying)<br>Jiangxi Sheng,Shangrao Shi,江西省上饶市铅山县虹桥乡虹桥村12号 No. 12, Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi<br>Province, China 15888152446 |

| | |
|---|---|
| ☑ | a) 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| ☐ | b) 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

**请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**文件清单：**
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le   2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |
|---|---|

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

2253CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[✓]  1.                         *
     that the document has been served *
     *que la demande a été exécutée**

| – : <br> *the (date) / le (date) :* | 18.Nov,2024 |
|---|---|
| – <br> *at (place, street, number) / à (localité, rue, numéro) :* | |

| – : <br> *in one of the following methods authorised by Article 5:* <br> *dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| [✓] **a)**                         * <br> *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention** <br> *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| [ ] **b)**                         * <br> *in accordance with the following particular method**: <br> *selon la forme particulière suivante** | |
| [ ] **c)**                         * <br> *by delivery to the addressee, if he accepts it voluntarily** <br> *par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| – : <br> Identity and description of person: <br> *Identité et qualité de la personne :* | Ying Hong |
|---|---|
| Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | The legal representative of the company |

[ ]  2                         *
     that the document has not been served, by reason of the following facts*:
     *que la demande n'a pas été exécutée, en raison des faits suivants**

| |
|---|

[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / Annexes

| – : <br> Documents returned: <br> *Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / Fait à <br><br> Beijing <br><br> *the / le* <br> 2024.12.24 | Signature and/or stamp / Signature et / ou cachet <br><br> 中 华 人 民 共 和 国 <br> 司　法　部 <br> 民商事司法协助专用章 |
|---|---|

2013    4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Qianshan County Hanying Trading Co., Ltd |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 15888152446 |

*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

 **JUDICIAL DOCUMENT****
ACTE JUDICIAIRE****

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment**:<br>Date de la décision** : | |
| Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

**
if appropriate / s'il y a lieu

**EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE****

| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| --- | --- |
| .**<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**
if appropriate / s'il y a lieu

2013    4

# 江西省铅山县人民法院

## 送 达 回 证

| 受送达人 | 铅山县瀚宝商贸有限公司 | 案由 | 知识产权侵权 | 纠纷案号 |（20 24）赣 1424 | 初 42 号 |
|---|---|---|---|---|---|---|

| 送达单位 | 铅山县人民法院 |
|---|---|

| 送达地点 | 虹桥 |
|---|---|

| 送达文件 | 签发人 | 送达人 | 收到日期 | 受送达人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| Summary of Documents 1份 | 徐 | 林 | 2024年 11 月 18日 时 | 洪宝来 | |
| 1-S-诉状1份 1-T-诉状1份 | | 多 | 年 月 日 时 | | |
| 2-S-证据1份 2-T-证据1份 | 履 | A | 年 月 日 时 | | |
| 3-S-保全1份 3-T-保全1份 | | | 年 月 日 时 | | |
| request. 1份 Transfer 1份 | | | 年 月 日 时 | | |

| 备注 | 签收人 洪宝来 铅山县瀚宝商贸有限公司 法定代表人<br><br>送达人：徐名辰、林一A |
|---|---|

注：①送达诉讼文书，应当直接送交受送达人；本人不在时，交他的同住成年家属签收，并在备注栏写明收人与当事人的关系；受送达人已向人民法院指定代收人的，交代收人签收。
②受送达人拒绝接收诉讼文书的，送达人应当邀请有关基层组织的代表或者其他人到场，说明情况，在送达回证上记明拒收事由和日期。由送达人，见证人签名或者盖章，把诉讼文书留在受送达人的住处，即视为送达。

证照编号：E24203613 2

国家市场监督管理总局监制

# 营业执照

（副 本） 1-1

统一社会信用代码 9136112 4MACFPU65X5

名　　称　　铅山县瀚莹商贸有限公司

类　　型　　有限责任公司（自然人独资）

法定代表人　　洪莹

经 营 范 围　　一般项目：服装服饰批发、服装服饰零售、美发饰品销售、工艺美术品及收藏品批发（象牙及其制品除外）、日用杂品销售、办公用品销售、母婴用品销售、箱包销售、个人卫生用品销售、化妆品销售、针织织品及原料销售、针纺织品销售、厨具工具及日用杂品批发、卫生洁具销售、体育用品及器材批发、家居用品销售、文具用品批发、互联网销售（除销售需要许可的商品外）（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

注 册 资 本　　壹拾万元整

成 立 日 期　　2023年05月08日

住　　所　　江西省上饶市铅山县虹桥乡虹桥村12号

登 记 机 关

2023 年 05 月 08 日

扫描二维码登录
"国家企业信用
信息公示系统"
了解更多登记、
备案、许可、监
管信息。

市场主体应当于每年1月1日至6月30日通过
国家企业信用信息公示系统报送上年度年度报告
国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

姓 名 洪 奎

性 别 女　　民 族 汉

出 生 1995 年 3 月 6 日

住 址 浙江省义乌市赤岸镇水岸
家园１幢２单元２０１室

公民身份号码 362324199503062724

中华人民共和国
居 民 身 份 证

签发机关 义乌市公安局
有效期限 2020.09.27－2030.09.27

Exhibit G

向国外送达司法文书或司法外文书的

请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)

Qianshan County Yingzhe Trading Co., Ltd. [Hong Ying, 洪莹]
Jiangxi Sheng,Jiujiang Shi,江西省上饶市铅山县虹桥乡虹桥村（对金生家）Hongqiao Village, Hongqiao Township, Qianshan County, Shangrao City, Jiangxi
Province, China 18470160645

| | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|✓| | |
| | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之返还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|----------|-----------|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

* 适当时
if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）　2024.9.7<br>the / le | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文清 |

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

2253CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☑ 1.     *
    that the document has been served *
    *que la demande a été exécutée**

| –      :<br>*the (date) / le (date) :* | 18.Nov,2024 |
|---|---|
| –<br>*at (place, street, number) / à (localité, rue, numéro) :* | |

–         :
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*

| ☑ | **a)**     *<br>*in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention**<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|
| ☐ | **b)**     *<br>*in accordance with the following particular method**:<br>*selon la forme particulière suivante** |
| ☐ | **c)**     *<br>*by delivery to the addressee, if he accepts it voluntarily**<br>*par remise simple** |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

|     :<br>Identity and description of person:<br>*Identité et qualité de la personne :* | Ying Hong |
|---|---|
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | The legal representative of the company |

☐ 2     *
    that the document has not been served, by reason of the following facts*:
    *que la demande n'a pas été exécutée, en raison des faits suivants**

| |
|---|

☐     In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
    *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / *Annexes*

|     :<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / *Fait à*<br><br>Beijing<br><br>*the / le*<br>2024.12.24 | *Signature and/or stamp / Signature et / ou cachet*<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民商事司法协助专用章 |
|---|---|

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Qianshan County Yingzhe Trading Co., Ltd |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 18470160645 |

*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

 **JUDICIAL DOCUMENT****
ACTE JUDICIAIRE****

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment**:<br>Date de la décision** : | 20 |
| Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | |

**
if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE****

| : <br> Nature and purpose of the document : <br> Nature et objet de l'acte : | |
|---|---|
| .** <br> : <br> Time-limits stated in the document**: <br> Indication des délais figurant dans l'acte**: | |

**
  if appropriate / s'il y a lieu

2013    4

# 江西省铅山县人民法院

## 送 达 回 证

| 受送达人 | 铅山县瀚宝商贸有限公司 | 案由 | 知识产权侵权纠纷案号 | （20 24）赣 1424 初 42 号 | | |
|---|---|---|---|---|---|---|
| 送达单位 | | | 铅山县人民法院 | | | |
| 送达地点 | | | 虹桥 | | | |
| 送达文件 | 签发人 | 送达人 | 收到日期 | 受送达人签名或盖章 | | 不能送达理由 |
| Summary of Documents 1份 | 徐 | 林 | 20XX 年 11 月 18 日 时 | 瀚宝 | | |
| 1-S-诉状 1份 1-T-诉状 1份 | | 冬 — | 年 月 日 时 | | | |
| 2-S-证据 1份 2-T-证据 1份 | 辰 | A | 年 月 日 时 | | | |
| 3-S-侵束 1份 3-T-侵束 1份 | | | 年 月 日 时 | | | |
| request. 1份 Transfer 1份 | | | 年 月 日 时 | | | |
| 备 注 | 签收人 洪宝来 铅山县瀚宝商贸有限公司 法定代表人 送达人：徐名辰、林 -A | | | | | |

注：①送达诉讼文书，应当直接送交受送达人；本人不在时，交他的同住成年家属签收，并在备注栏写明收人与当事人的关系；受送达人已向人民法院指定代收人的，交代收人签收。

②受送达人拒绝接收诉讼文书的，送达人应当邀请有关基层组织的代表或者其他人到场，说明情况，在送达回证上记明拒收事由和日期。由送达人、见证人签名或者盖章，把诉讼文书留在受送达人的住处，即视为送达。

证照编号：E24203613132

国家市场监督管理总局监制

# 营业执照

（副本） 1-1

扫描二维码登录
"国家企业信用
信息公示系统"
了解更多登记、
备案、许可、监
管信息。

**统一社会信用代码** 9136112 4MACFPU65X5

| | |
|---|---|
| **名　称** | 铅山县瀚莹商贸有限公司 |
| **类　型** | 有限责任公司（自然人独资） |
| **法定代表人** | 洪莹 |
| **注册资本** | 壹拾万元整 |
| **成立日期** | 2023年05月08日 |
| **住　所** | 江西省上饶市铅山县虹桥乡虹桥村12号 |

**经营范围** 一般项目：服装服饰批发，服装服饰零售，美发饰品销售，工艺美术品及收藏品批发（象牙及其制品除外），日用杂品销售，办公用品销售，母婴用品销售，箱包销售，个人卫生用品销售，化妆品批发，针纺织品及原料销售，针纺织品销售，厨具、卫生用品及日用杂品批发，卫生洁具销售，体育用品及器材批发，文具用品批发，文具用品销售，互联网销售（除销售需要许可的商品），家居用品销售（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

**登记机关** [公章：铅山县市场监督管理局]

2023 年 05 月 08 日

市场主体应当于每年1月1日至6月30日通过
国家企业信用信息公示系统报送公示年度报告

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

姓 名　洪 莹

性 别　女　　民 族　汉

出 生　1995 年 3 月 6 日

住 址　浙江省义乌市赤岸镇水岸
　　　家园 1 幢 2 单元 2 0 1 室

公民身份号码　362324199503062724



中华人民共和国
居民身份证

签发机关　义乌市公安局
有效期限　2020.09.27-2030.09.27.

Exhibit H

# 向国外送达司法文书或司法外文书的
## 请求书
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书的公约
一九六五年十一月十五日订于海牙
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai<br>15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约的第五条规定请求迅速将其中
一份送达给收件人，即：
The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| （身份和地址）<br>(identity and address) / (identité et adresse)<br><br>Taiyuan Aoxuan Trading Co., Ltd (Sun Eefeng,孙尔峰)<br>Shanxi Sheng ,Taiyuan Shi,山西省太原市小店区晋阳街6号海棠国际大厦14层15层（入驻山西和顺兴富业孵化园有限公司-5141号）14th Floor, Haitang International Building, No. 68 Jinyang<br>Street, Xiaodian District, Taiyuan City, Shanxi Province, China |
|---|

| ☑ | a) | 请依公约的第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书递还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

* 适当时
if appropriate / s'il y a lieu

| 制于（地点）<br>Done at / Fait à<br>（日期）<br>the / le<br><br>中国上海<br>2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |
|---|---|

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

2256CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

[ ]  1.                    *
      that the document has been served *
      *que la demande a été exécutée**

| – : the (date) / le (date) : | |
|---|---|
| – at (place, street, number) / à (localité, rue, numéro) : | |

| – : in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| [ ]  **a)**                    * in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| [ ]  **b)**                    * in accordance with the following particular method*: *selon la forme particulière suivante** | |
| [ ]  **c)**                    * by delivery to the addressee, if he accepts it voluntarily* *par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| – : Identity and description of person: Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

[✓]  2.                    *
      that the document has not been served, by reason of the following facts*:
      *que la demande n'a pas été exécutée, en raison des faits suivants**

| No such company at the address provided. |
|---|

[ ]  In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / Annexes

| – : Documents returned: Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

*
*if appropriate / s'il y a lieu*

| Done at / Fait à Beijing the / le 2024.12.24 | Signature and/or stamp / Signature et / ou cachet 中华人民共和国 司法部 民商事司法协助专用章 |
|---|---|

2013   4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| : Name and address of the requesting authority: Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |
|---|---|

| : Particulars of the parties*: Identité des parties* : | | |
|---|---|---|
| | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Taiyuan Aoxuan Trading Co., Ltd |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 15316885836 |

\*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

[✓] \*\*
JUDICIAL DOCUMENT\*\*
ACTE JUDICIAIRE\*\*

| : Nature and purpose of the document: Nature et objet de l'acte : | |
|---|---|
| : Nature and purpose of the proceedings and, when appropriate, the amount in dispute: Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| :\*\* Date and Place for entering appearance\*\*: Date et lieu de la comparution\*\* : | 20 |
| :\*\* Court which has given judgment\*\*: Juridiction qui a rendu la décision\*\* : | UNITED STATES DISTRICT COURT for the District of Maryland |
| :\*\* Date of judgment\*\*: Date de la décision\*\* : | |
| :\*\* Time limits stated in the document\*\*: Indication des délais figurant dans l'acte\*\* : | 20 |

\*\*
if appropriate / s'il y a lieu

[ ] \*\*
EXTRAJUDICIAL DOCUMENT\*\*
ACTE EXTRAJUDICIAIRE\*\*

| : Nature and purpose of the document : Nature et objet de l'acte : | |
|---|---|
| :\*\* Time-limits stated in the document\*\*: Indication des délais figurant dans l'acte\*\*: | |

\*\*
if appropriate / s'il y a lieu

2013    4

# 山西省高级人民法院
# 送 达 回 证

| 案　　由 | 知识产权侵权纠纷案 | 案号 | 美国:马里兰联邦地方法院 JKB-24-1340 号 |
|---|---|---|---|
| 受送达人的姓名、地址 | 太原市傲轩贸易有限公司　孙尔峰 | | |
| | 山西省太原市小店区晋阳街68号甸棠国际大厦 14层 15层 | | |

| 送达的文书名称及件数 | 受送达人签收 | 代收人签收 | 送达人 |
|---|---|---|---|
| 传票　1份 | 年　月　日 | 年　月　日 | 张小冬 |
| 诉状　1份 | 年　月　日 | 年　月　日 | 武晨艳 |
| 证据材料 20份 | 年　月　日 | 年　月　日 | |
| | 年　月　日 | 年　月　日 | |
| | 年　月　日 | 年　月　日 | |

备注: 指定送达地址上未找到受送达公司,所标送达地址"和创空间"工作人员称"傲轩公司"仅登记后就不知所踪,具体去向不明,故未能送达。

14/11

填发人: 张小冬

Exhibit I

向国外送达司法文书或司法外文书的

请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
**DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER**
**D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE**

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai<br>15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面开列的文件一式两份，并请上述公约第五条规定请求迅速送达其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| (身份和地址)<br>(identity and address) / (identité et adresse)<br><br>Taiyuan Qulixi Information Technology Co., Ltd. [马婷莉] Ma Chanjuan]<br>Shanxi Sheng ,Taiyuan Shi,14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District, Taiyuan City, Shanxi Province, China 山西省太原市小店区晋阳街68号海棠国际大厦14层15层<br>(入驻山西和创空间企业所在网有限公司-6699号) 13799645273 |

| | a) | 请依公约的第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|✓| | |

| | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |

| | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书迅返或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes*– avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*如适时
if appropriate / s'il y a lieu

| 制于（地点）<br>Done at / Fait à<br>（日期）<br>the / le<br><br>中国上海<br>2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |

海牙会议 常设局 2013 年 4 月

| CERTIFICATE |
| *ATTESTATION* |

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**2247CNS20240917**

☐  1.                    *
that the document has been served *
*que la demande a été exécutée\**

| – the (date) / le (date) : | |
| – at (place, street, number) / à (localité, rue, numéro) : | |

| – in one of the following methods authorised by Article 5: <br> *dans une des formes suivantes prévues à l'article 5 :* | |
| ☐ **a)**                  * <br> *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\** <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** | |
| ☐ **b)**                  * <br> *in accordance with the following particular method\*:* <br> *selon la forme particulière suivante\** | |
| ☐ **c)**                  * <br> *by delivery to the addressee, if he accepts it voluntarily\** <br> *par remise simple\** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| Identity and description of person: <br> *Identité et qualité de la personne :* | |
| Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑  2                      *
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\**

No such company at the address provided.

☐     In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

Annexes / Annexes

| Documents returned: <br> *Pièces renvoyées :* | |
| In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution :* | |

\*
*if appropriate / s'il y a lieu*

| Done at / Fait à <br><br> Beijing <br><br> *the / le* <br> 2024.12.24 | Signature and/or stamp / *Signature et / ou cachet* <br><br> 中 华 人 民 共 和 国 <br> 司 法 部 <br> 民 商 事 司 法 协 助 专 用 章 |

2013    4

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Taiyuan Qulite Information Technology Co., Ltd. |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13759645273 |

*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

 **JUDICIAL DOCUMENT\*\***
**ACTE JUDICIAIRE\*\***

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | 20 |
| Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment\*\*:<br>Date de la décision\*\* : | |
| Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 20 |

**
if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
**ACTE EXTRAJUDICIAIRE\*\***

| : <br> Nature and purpose of the document : <br> Nature et objet de l'acte : | |
|---|---|
| .** <br> : <br> Time-limits stated in the document**: <br> Indication des délais figurant dans l'acte**: | |

** <br> if appropriate / s'il y a lieu

2013    4

# 山西省高级人民法院

## 送　达　回　证

| 案　　由 | 知识产权侵权纠纷案 | 案号 | 美国马里兰联邦地方法院 JKB-24-1340 | | |
|---|---|---|---|---|---|
| 受送达人的姓名、地址 | 太原欧力特信息科技有限公司 马婵娟 | | 山西省太原市小店区晋阳街67号锦棠国际大厦14、15层 | | |
| 送达的文书名称及件　　　　数 | 受送达人签收 | | 代收人签收 | | 送达人 |
| 传票 1份 | 年　月　日 | | 年　月　日 | | 张小冬 武盟艳 |
| 诉状 1份 | 年　月　日 | | 年　月　日 | | |
| 证据材料20份 | 年　月　日 | | 年　月　日 | | |
| | 年　月　日 | | 年　月　日 | | |
| | 年　月　日 | | 年　月　日 | | |

备注：上述地址并无受送达公司及负责人，所标示楼层工作人员称"欧力特"公司仅在此虚挂名称，具体所在地不详，故无法送达。

14/11

填发人：张小冬

Exhibit J

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| | |
|---|---|
| Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai<br>15000458839@139.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(identity and address) / (identité et adresse)
Taiyuan Xinyian Information Technology Co., Ltd.
Shanxi Sheng ,Taiyuan Shi,Floor 15, 14th Floor, Haitang International Building, 68 Jinyang Street, Xiaodian District City, Taiyuan, China    68
 14  15                                                         -5000

| | |
|---|---|
| [√] | **a)** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| [ ] | **b)** in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| [ ] | **c)** by delivery to the addressee, if she accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | |
| No.2 | |
| No.3 | |

*
if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à<br><br>the / le   2024. 9. 17 | Signature and/or stamp / Signature et / ou cachet<br><br> |

2013   4

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**2074CNS20240910**

☐  1.                     *
    that the document has been served *
    *que la demande a été exécutée**

| | |
|---|---|
| –     :<br>*the (date) / le (date)* : | |
| –<br>*at (place, street, number) / à (localité, rue, numéro)* : | |

| | |
|---|---|
| –     :<br>*in one of the following methods authorised by Article 5:*<br>*dans une des formes suivantes prévues à l'article 5 :* | |
| ☐  *a)*     *<br>*in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention**<br>*selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐  *b)*     *<br>*in accordance with the following particular method**:<br>*selon la forme particulière suivante** | |
| ☐  *c)*     *<br>*by delivery to the addressee, if he accepts it voluntarily**<br>*par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
|     :<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑  2                     *
    that the document has not been served, by reason of the following facts*:
    *que la demande n'a pas été exécutée, en raison des faits suivants**

No such company at the address provided.

☐  In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / *Annexes*

| | |
|---|---|
|     :<br>Documents returned:<br>*Pièces renvoyées :* | |
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| | |
|---|---|
| *Done at / Fait à*<br><br>Beijing<br><br>*the / le*<br>2024.12.24 | *Signature and/or stamp / Signature et / ou cachet*<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民商事司法协助专用章 |

2013   4

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| Particulars of the parties*:<br>Identité des parties* : | | |
|---|---|---|
| | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Taiyuan Xinyian Information Technology Co., Ltd. |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 15316885836 |

\*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

 **JUDICIAL DOCUMENT\*\***
**ACTE JUDICIAIRE\*\***

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate,<br>the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | 20 |
| Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment\*\*:<br>Date de la décision\*\* : | |
| Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 20 |

\*\*
if appropriate / s'il y a lieu

| | **EXTRAJUDICIAL DOCUMENT\*\***<br>**ACTE EXTRAJUDICIAIRE\*\*** |
|---|---|

| : <br> Nature and purpose of the document : <br> Nature et objet de l'acte : | |
|---|---|
| .** <br> Time-limits stated in the document**: <br> Indication des délais figurant dans l'acte**: | |

** <br> if appropriate / s'il y a lieu

2013   4

# 山西省高级人民法院

# 送　达　回　证

| 案　　由 | 知识产权侵权纠纷 | 案号 | 案质：高里克联市地方法院 JKB-24-1340 号 |
|---|---|---|---|
| 受送达人的 姓名、地址 | 太原信益安信息技术有限公司　严红红 山西省太原市小店区晋阳街68号海棠国际大厦 14层、15层。 | | |

| 送达的文书名称及件数 | 受送达人签收 | 代收人签收 | 送达人 |
|---|---|---|---|
| 传票 1份 | 年　月　日 | 年　月　日 | 张小冬 武月梅 |
| 诉状 1份 | 年　月　日 | 年　月　日 | |
| 证据材料 20份 | 年　月　日 | 年　月　日 | |
| | 年　月　日 | 年　月　日 | |
| | 年　月　日 | 年　月　日 | |

备注：指定送达地址无受送达公司，该处楼层"知创空间"工作人员称信益安公司注册后就不知去向，故无法送达。 14/11

填发人：张小冬

Exhibit K

向国外送达司法文书或司法外文书的

请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面列列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné à l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(Identity and address) / (identité et adresse)

Wuling District Xinda Balloon Business Department (Ledou Balloon Xinda)
Hunan Sheng,Changde Shi,Unit 105, Block 6th, Deyuan Buliding, Yongan District Changde, Hunan, China 湖南省常德市武陵区永安街道三翔港社区德园小区6栋105
13627369441

| | | |
|---|---|---|
| ✓ | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*适当时

if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le   2024. 9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文鹏 |
|---|---|

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

2252CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1.                             *
[✓]    that the document has been served *
       que la demande a été exécutée*

| –     :<br>the (date) / le (date) : | 18.Oct,2024 |
|---|---|
| –<br>at (place, street, number) / à (localité, rue, numéro) : | Unit 105, Block 6th, Deyuan Buliding, Yongan District Changde, Hunan |

–                                          :
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

| [✓] | **a)**                                                   *<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|
| [ ] | **b)**              *<br>in accordance with the following particular method*:<br>selon la forme particulière suivante* |
| [ ] | **c)**                    *<br>by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | The signature is not legible |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The head of the recipient |

2                                  *
[ ]    that the document has not been served, by reason of the following facts*:
       que la demande n'a pas été exécutée, en raison des faits suivants*

|  |
|---|

[ ]    In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
       Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

Annexes / Annexes

| :<br>Documents returned:<br>Pièces renvoyées : |  |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : |  |

*
if appropriate / s'il y a lieu

| Done at / Fait à<br>Beijing<br><br>the / le<br>2024.11.08 | Signature and/or stamp / Signature et / ou cachet<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民商事司法协助专用章 |
|---|---|

2013    4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| :<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| :<br>Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Wuling District Xinda Balloon Business Department (Ledou Balloon Xinda) |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13627369441 |

*
  if appropriate, identity and address of the person interested in the transmission of the document
  s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

 **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| :<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| :<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| :**<br>Date and Place for entering appearance\*\*:<br>Date et lieu de la comparution\*\* : | 20 |
| :**<br>Court which has given judgment\*\*:<br>Juridiction qui a rendu la décision\*\* : | UNITED STATES DISTRICT COURT for the District of Maryland |
| :**<br>Date of judgment\*\*:<br>Date de la décision\*\* : | |
| :**<br>Time limits stated in the document\*\*:<br>Indication des délais figurant dans l'acte\*\* : | 20 |

**
  if appropriate / s'il y a lieu

☐   **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| .**<br>:<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**
if appropriate / s'il y a lieu

2013    4

# 湖南省常德市中级人民法院

# 送 达 回 证

| 案 由 | 知识产权权属、侵权纠纷 | | 案号 | （20 24 ）湘协外送 37 | | 号 |
|---|---|---|---|---|---|---|

| 送达书名称 | | 诉状、证据、传票 | | | | |
|---|---|---|---|---|---|---|

| 受送达人名称 | 收到日期 | 收件人签名或 盖 章 | 送达地点 | 备 注 |
|---|---|---|---|---|
| 武陵区新达气球经营部 | 2024年10月 18日11时 | 莫时代 （经营者） | 17763637391 | |
| | 20 年 月 日 时 | | | |
| | 20 年 月 日 时 | | | |
| | 20 年 月 日 时 | | | |
| | 20 年 月 日 时 | | | |
| | 20 年 月 日 时 | | | |

填发人：梁晶          送达人：梁晶、吕文

注：①送达刑事诉讼文书，按照《中华人民共和国刑事诉讼法》的有关规定办理；送达民事、

　　　行政诉讼文书，按照或参照《中华人民共和国民事诉讼法》的有关规定办理。

　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

　　③本送达回证，由收件人签名或盖章后退回本院。

Exhibit L

# 向国外送达司法文书或司法外文书的

## 请求书

### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

#### 关于向国外送达民事或商事司法文书和文书外公约
#### 一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area,<br>Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面列列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| （身份和地址）(identity and address) / (identité et adresse)<br><br>Xunyang District Feier Department Store Business Department [江 Shufang, 李淑芳]<br>Jiangxi Sheng,Jiujiang Shi,1-201, Building C, Chutian Building, No. 44 Dazhong Road, Xunyang District, Jiujiang City, China 九江市浔阳区大中路44号是天大厦C<br>栋1-201 13197830137 |
|---|

| ☑ | a) | 请依公约的第五条第第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请于以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le  2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文娇 |
|---|---|

**CERTIFICATE**
*ATTESTATION*

2251CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

| | |
|---|---|
| [✓] | 1.                                                      * <br> that the document has been served * <br> que la demande a été exécutée* |

| | |
|---|---|
| –                        : <br> the (date) / le (date) : | 15.Oct,2024 |
| – <br> at (place, street, number) / à (localité, rue, numéro) : | THE PEOPLE'S COURT OF XUNYANG DISTRICT |

| –                                        : | |
|---|---|
| in one of the following methods authorised by Article 5: <br> dans une des formes suivantes prévues à l'article 5 : | |
| [✓]   **a)**                                          * <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* <br> selon les formes légales (article 5, alinéa premier, lettre a)* | |
| [ ]   **b)**                       * <br> in accordance with the following particular method*: <br> selon la forme particulière suivante* | |
| [ ]   **c)**                           * <br> by delivery to the addressee, if he accepts it voluntarily* <br> par remise simple* | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| :                                          | |
|---|---|
| Identity and description of person: <br> Identité et qualité de la personne : | Shufang Li |
| Relationship to the addressee (family, business or other): <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The head of the recipient |

| | |
|---|---|
| [ ] | 2                                                    * <br> that the document has not been served, by reason of the following facts*: <br> que la demande n'a pas été exécutée, en raison des faits suivants* |

| |
|---|
| |

| | |
|---|---|
| [ ] | In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*. <br> Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*. |

Annexes / Annexes

| :                                         | |
|---|---|
| Documents returned: <br> Pièces renvoyées : | |
| In appropriate cases, documents establishing the service: <br> Le cas échéant, les documents justificatifs de l'exécution : | |

*
if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à <br><br> Beijing <br><br> the / le <br> 2024.11.08 | Signature and/or stamp / Signature et / ou cachet <br><br> 中 华 人 民 共 和 国 <br> 司 法 部 <br> 民商事司法协助专用章 |

2013    4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| :<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| :<br>Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Xunyang District Feier Department Store Business Department |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13197830137 |

*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| ☑ | **<br>JUDICIAL DOCUMENT**<br>ACTE JUDICIAIRE** |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| :<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | |
| :**<br>Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| :**<br>Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| :**<br>Date of judgment**:<br>Date de la décision** : | |
| :**<br>Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

**
if appropriate / s'il y a lieu

| ☐ | **<br>EXTRAJUDICIAL DOCUMENT**<br>ACTE EXTRAJUDICIAIRE** |
|---|---|

| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| --- | --- |
| .**<br>:<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**<br>if appropriate / s'il y a lieu

2013   4

# 九江市浔阳区人民法院
## 送 达 回 证

| 案号 | （2024）赣 0403 协外送 1 号 |
|---|---|
| 案由 | 知识产权权属、侵权纠纷 |
| 送达文书<br>名称及件数 | 起诉状、证据、传票 各壹份(均为扫版及起又版)<br>(附件1-20) |
| 受送达人 | 浔阳区飞儿百货经营部 |
| 送达地址 | 本院 |
| 受送达人<br>签名或盖章 | 李俊芳<br>　　　　　　　2024年10月1日 |
| 代收人签<br>名或盖章 | 　　　　　　　年　　月　　日 |
| 代收人及<br>代收理由 | |
| 备考 | 李淑芳系浔阳区飞儿百货经营部的经营者。 |

填发人：程晨霞
送达人：程晨霞 程晨霞 森 2024.10.15

1、送达刑事、民事、经济、行政等诉讼文书，应分别按照刑事
诉讼法、民事诉讼法、行政诉讼法规定办事
2、代收诉讼文书的，由代收人签名或盖章后，还应注明其与受
送达人的关系及代收理由。



姓 名　李淑芳

性 别　女　民 族　汉

出 生　1980 年 7 月 11 日

住 址　江西省九江市柴桑区岷务岭
　　　乡秀英村沙地山组8b组

公民身份号码　36042819800711 6265





Exhibit M

# 向国外送达司法文书或司法外文书的

## 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant<br><br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai 15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br><br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中
一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en le priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)

Yongkang Shikasuo Electronic Commerce Co., Ltd （Chen Peidong，陈沛东）
Zhejiang Sheng,Jinhua Shi,No. 166, Jinyuan Road, Dongcheng Street, Yongkang City, Jinhua City, Zhejiang Province, China 浙江省金华市永康市东城街道金苑路166号-185工位（集群注册）13824417596

| ☑ | a) | 请依公约第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

* 近当时
If appropriate / s'il y a lieu

| 制于（地点）中国上海<br>Done at / Fait à<br>（日期）<br>the / le    2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et /ou cachet<br><br>黄文涛 |
|---|---|

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

**2250CNS20240917**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐  1.                    *
    that the document has been served *
    *que la demande a été exécutée**

| – :  the (date) / le (date) : | |
|---|---|
| – at (place, street, number) / à (localité, rue, numéro) : | |

| – :  in one of the following methods authorised by Article 5:  *dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| ☐ ***a)***                    *  *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention**  *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐ ***b)***                    *  *in accordance with the following particular method**:  *selon la forme particulière suivante** | |
| ☐ ***c)***                    *  *by delivery to the addressee, if he accepts it voluntarily**  *par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| – :  Identity and description of person:  *Identité et qualité de la personne :* | |
|---|---|
| Relationship to the addressee (family, business or other):  *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑  2                    *
    that the document has not been served, by reason of the following facts**:
    *que la demande n'a pas été exécutée, en raison des faits suivants**

| No such company at the address provided and the legal representative of the company refused to accept the documents. |
|---|

☐  In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

Annexes / Annexes

| – :  Documents returned:  *Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:  *Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| *Done at / Fait à*  Beijing  *the / le*  2024.12.24 | *Signature and/or stamp / Signature et / ou cachet*  中 华 人 民 共 和 国  司 法 部  民 商 事 司 法 协 助 专 用 章 |
|---|---|

2013    4

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Yongkang Shikasuo Electronic Commerce Co., Ltd |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13824417596 |

*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

 **JUDICIAL DOCUMENT****
ACTE JUDICIAIRE****

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate,<br>the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment**:<br>Date de la décision** : | |
| Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

**
if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE****

| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
|---|---|
| .**<br>:<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**
   if appropriate / s'il y a lieu

2013   4



# 送 达 回 证

| 案　　　号 | （2024）浙 0784 协外送 3 号即（2024）最高法协外送 2488 号 |
|---|---|
| 案　　　由 | 知识产权权属、侵权纠纷 |
| 送达文书<br>名称和件数 | 浙协外送 339 号：1、起诉状；2、证据；3、传票（以上文书各一份，并附有中文译文）。 |
| 受送达人 | **永康市石卡梭电子商务有限公司**<br>（Yongkang Shikasuo Electronic Commerce Co.Ltd） |
| 送达地址 | 浙江省金华市永康市东城街道金苑路 166 号-185 工位(集群注册）　陈市赤 15824017576 |
| 受送达人<br>签名或盖章 | ＿＿＿年＿＿月＿＿日 |
| 代收人<br>签名或盖章 | ＿＿＿年＿＿月＿＿日 |
| 填发人　朱雨芹 | 执行送达人　朱雨芹　李点方 |

当事人签收后将此证寄回（送回）本院知识产权庭。

不能送达的原因或受送达人拒收理由：

电联公司法人代表，拒收
送达地址，查无此公司。

2024年12月19日

籍地农



1035334158894