AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Maryland

<table>
<tr><td>JET CREATIONS, INC<br><br><br><br><br><hr><i>Plaintiff(s)</i><br>v.<br>ZHEJIANG WEILONG PLASTIC<br>PRODUCTS CO., LTD., et al.,<br><br><br><hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. JKB-24-1340</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Taiyuan Aoxuan Trading Co., Ltd
> Sun Erfeng
> 14th Floor, Haitang International Building, No. 68 Jinyang Street, Xiaodian District,
> Taiyuan City, Shanxi Province, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew C. Aitken
> 6701 Democracy Blvd., Suite 555
> Bethesda, Maryland 20817
> acaitken@aitkenlawoffices.com
> (301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/17/2024



_____
*Deputy Clerk*

# 向国外送达司法文书或司法外文书的
## 请求书
**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
**DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER**
**D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE**

关于向国外送达民事或商事司法文书和司法外文书公约
一六六五年十一月十五日订于海牙
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| | |
|---|---|
| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant<br>Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai<br>15000458839@139.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br>• International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面列的文书一式两份，并依上述的第五条规定请求迅速将其中
一份送达给收件人，即：
The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - à l'autorité destinataire les documents ci-dessous énumérés, en la priant,
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| |
|---|
| **（身份和地址）**<br>(identity and address) / (identité et adresse)<br>Taiyuan Aoxuan Trading Co., Ltd (Sun Eefeng,孙尔峰)<br>Shanxi Sheng ,Taiyuan Shi,山西省太原市小店区晋阳街68号海置国际大厦14层1层区（入驻山西和裕空间企业孵化园有限公司-5141号）14th Floor, Haitang International Building, No. 68 Jinyang<br>Street, Xiaodian District, Shanxi Province, China |

| | | |
|---|---|---|
| ☑ | a) | 请依公约的第五条第一款第（一）项的规定进行送达。<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention<br>selon les formes légales (article 5, alinéa premier, lettre a) |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b) |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)<br>le cas échéant, par remise simple (article 5, alinéa 2) |

请贵机关将该文书（及其附件＊）的副本连同所附的证明书送还或使之送还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

＊送当时
if appropriate / s'il y a lieu

| | |
|---|---|
| 制于（地点）<br>Done at / Fait à<br>（日期）<br>the / le<br><br>中国上海<br>2024.9.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |

海牙会议 常设局 2013 年 4 月

**CERTIFICATE**
*ATTESTATION*

2256CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐   1.                    *
     that the document has been served *
     *que la demande a été exécutée**

| – :<br>the (date) / le (date) : | |
|---|---|
| –<br>at (place, street, number) / à (localité, rue, numéro) : | |

| –                                        :<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| ☐   **a)**                    *<br>*in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention**<br>*selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐   **b)**                    *<br>*in accordance with the following particular method**:<br>*selon la forme particulière suivante** | |
| ☐   **c)**                    *<br>*by delivery to the addressee, if he accepts it voluntarily**<br>*par remise simple** | |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| :<br>Identity and description of person:<br>*Identité et qualité de la personne :* | |
|---|---|
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑   2                           *
    that the document has not been served, by reason of the following facts*:
    *que la demande n'a pas été exécutée, en raison des faits suivants**

| No such company at the address provided. |
|---|

☐   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in
    the attached statement*.
    *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au*
    *mémoire ci-joint**.

Annexes / Annexes

| :<br>Documents returned:<br>*Pièces renvoyées :* | |
|---|---|
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / Fait à<br><br>Beijing<br><br>*the / le*<br>2024.12.24 | Signature and/or stamp / Signature et / ou cachet<br><br>中 华 人 民 共 和 国<br>司 法 部<br>民商事司法协助专用章 |
|---|---|

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires
en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| :<br>Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| :<br>Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Taiyuan Aoxuan Trading Co., Ltd |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 15316885836 |

\*
if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| ☑ | **<br>JUDICIAL DOCUMENT**<br>ACTE JUDICIAIRE** |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| :<br>Nature and purpose of the proceedings and, when appropriate,<br>the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige: | 17 |
| .**<br>Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| .**<br>Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| .**<br>Date of judgment**:<br>Date de la décision** : | |
| .**<br>Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

**
if appropriate / s'il y a lieu

| ☐ | **<br>EXTRAJUDICIAL DOCUMENT**<br>ACTE EXTRAJUDICIAIRE** |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| .**<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**
if appropriate / s'il y a lieu

2013    4