AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JET CREATIONS, INC )
)
*Plaintiff(s)* )
v. ) Civil Action No. JKB-24-1340
ZHEJIANG WEILONG PLASTIC )
PRODUCTS CO., LTD., et al., )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Xunyang District Feier Department Store Business Department
Li Shufan
1-201, Building C, Chutian Building, No. 44 Dazhong Road, Xunyang District, Jiujiang City, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew C. Aitken
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
acaitken@aitkenlawoffices.com
(301) 537-3299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024



_____
*Deputy Clerk*

向国外送达司法文书或司法外文书的

请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>dentité et adresse du requérant | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai 15000458839@139.com | • International Legal Cooperation Center(ILCC)<br>Ministry of Justice<br>No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)

Xunyang District Feier Department Store Business Department [] Li Shufang, 李淑芳）
Jiangxi Sheng,Jiujiang Shi,1-201, Building C, Chutian Building, No. 44 Dazhong Road, Xunyang District, Jiujiang City, China 九江市浔阳区大中路44号楚天大厦C栋1-201 13197830137

[✓] a) 请依公约第五条第一款第（一）项的规定进行送达。
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention
selon les formes légales (article 5, alinéa premier, lettre a)

[ ] b) 请依下述特定方法送达（第五条第一款第（二）项）：
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):
selon la forme particulière suivante (article 5, alinéa premier, lettre b)

[ ] c) 如收件人自愿接受，请于以交付（第五条第二款）
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)
le cas échéant, par remise simple (article 5, alinéa 2)

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

*适当时
if appropriate / s'il y a lieu

制于（地点）中国上海
Done at / Fait à
（日期）2024.9.17
the / le

签名和（或）盖章
Signature and/or stamp / Signature et / ou cachet

海牙会议 常设局 2013 年 4 月

# CERTIFICATE
## *ATTESTATION*

2251CNS20240917

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☑ **1.** that the document has been served *
*que la demande a été exécutée*

| | |
|---|---|
| the (date) / le (date) : | 15.Oct,2024 |
| at (place, street, number) / à (localité, rue, numéro) : | THE PEOPLE'S COURT OF XUNYANG DISTRICT |

in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☑ **a)** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)*

☐ **b)** in accordance with the following particular method*:
*selon la forme particulière suivante*

☐ **c)** by delivery to the addressee, if he accepts it voluntarily*
*par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| Identity and description of person:<br>*Identité et qualité de la personne :* | Shufang Li |
| Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | The head of the recipient |

☐ **2** that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants*

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

Annexes / *Annexes*

| | |
|---|---|
| Documents returned:<br>*Pièces renvoyées :* | |
| In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

* *if appropriate / s'il y a lieu*

| | |
|---|---|
| Done at / *Fait à*<br>Beijing<br>the / *le*<br>2024.11.08 | Signature and/or stamp / *Signature et / ou cachet*<br>[Seal: 中华人民共和国 司法部 民商事司法协助专用章] |

2013   4

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

)
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| Name and address of the requesting authority:<br>Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |

| | | |
|---|---|---|
| Particulars of the parties*:<br>Identité des parties* : | Chinese name or name of the Plaintiff: | |
| | Foreign name or name of the Plaintiff: | Jet Creations Inc. |
| | Whether the plaintiff is the person served: | No |
| | Chinese name or name of the Defendant: | |
| | Foreign name or name of the Defendant: | Xunyang District Feier Department Store Business Department |
| | Whether the defendant is the person served: | Yes |
| | Other information: | 13197830137 |

\* if appropriate, identity and address of the person interested in the transmission of the document
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| √ | **JUDICIAL DOCUMENT**<br>**ACTE JUDICIAIRE** | |
|---|---|---|

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | |
| Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | 20 |
| Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| Date of judgment**:<br>Date de la décision** : | |
| Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | 20 |

** if appropriate / s'il y a lieu

| ☐ | **EXTRAJUDICIAL DOCUMENT**<br>**ACTE EXTRAJUDICIAIRE** |
|---|---|

| | |
|---|---|
| :<br>Nature and purpose of the document :<br>Nature et objet de l'acte : | |
| .**<br>:<br>Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte**: | |

**
 if appropriate / s'il y a lieu

2013   4