# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jet Creations, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.1:24-1340 JKB |
| | ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STATUS REPORT

Pursuant to the Court's Order dated, January 22, 2025, Jet Creations Inc. ("Plaintiff" or "Jet Creations"), by and through its undersigned counsel, hereby submits this Status Report relating to the progress made serving the summonses and complaints on the Chinese defendants.

As previously reported on January 21, 2025, Plaintiff's Chinese counsel submitted that complaints, exhibits and summons were submitted, thirteen defendants had received the summons.

Plaintiff submits that the two Defendants Guangzhou Biedi Trading Co., Ltd. and Shanghai Yi Chen Industrial Co., Ltd. are the only Defendants who have not been served yet.

Undersigned counsel will provide an update to the Court upon notification that the process has been served on the remaining two Defendants; further, Plaintiff plans to submit Entry of Default shortly against these served Defendants.

Respectfully Submitted,

March 3, 2025

/s/ *Justin King*
Justin King, Esq.  (# 31390)

1

WPAT, PC.
8230 Boone Blvd., Suite 405
Vienna, VA 22182
jking@wpat.com

Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

*Attorneys for Jet Creations, Inc.*