# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jet Creations, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.1:24-1340 JKB |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| Defendants. | ) |

## STATUS REPORT

Pursuant to the Court's Order dated, March 4, 2025, Jet Creations Inc. ("Plaintiff" or "Jet Creations"), by and through its undersigned counsel, hereby submits this Status Report relating to the progress made serving the summonses and complaints on the Chinese defendants.

As reported to the Court on March 3, 2025, Plaintiff's Chinese counsel reported to Plaintiff's counsel that the complaints, exhibits and summonses that had been submitted to the Chinese Authority that administers service of process pursuant to the Hague Convention had been served on 13 of the defendants.

Copies of the correspondence from the Chinese Authority for the 13 defendants have now all been received and Plaintiff has requested entry of default for these defendants.

Plaintiff has not been able to effect service on Defendants Guangzhou Biedi Trading Co., Ltd. and Shanghai Yi Chen Industrial Co., Ltd. and it is filing a notice of dismissal with respect to these defendants.

Plaintiff intends to move for default judgment on the remaining defendants when

1

permitted under the Local Rules.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| April 21, 2025 | /s/ *Justin King* |
|  | Justin King, Esq. (# 31390) |
|  | WPAT, PC. |
|  | 8230 Boone Blvd., Suite 405 |
|  | Vienna, VA 22182 |
|  | jking@wpat.com |

Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

*Attorneys for Jet Creations, Inc.*

2