# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-01340-JKB |
| Zhejiang Weilong Plastic Products Co., et al. | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DONGYANG BAOZHI TOYS FACTORY

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Jet Creations, Inc. ("Plaintiff" or "Jet Creations") requests that the Clerk enter default with respect to the Defendant Dongyang

1

Baozhi Toys Factory ("Defendant") As grounds for this request Jet Creations states as follows:

1. Jet Creations filed its complaint on May 8, 2024 (DCK1)

2. A summons was issued and, as the Court's docket reflects, the Defendant was duly served with process on 10/30/2024 (DCK 27).

3. An answer or responsive pleading was due from Defendant on or before 12/30/2024 or within 60 days from the service date.

4. Defendant has failed to tender an answer or otherwise plead in this cause within the time required.

5. Plaintiff seeks to have default entered against Defendant.

Wherefore, since more than 60 days have elapsed since the service of the summons and Complaint and no responsive pleadings have been filed, entry of default is appropriate.

April 16, 2025

Respectfully Submitted,

/s/ Andrew C. Aitken
Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

/s/ *Justin King*
Justin King, Esq. (Bar No. 31390)
WPAT, PC
8230 Boone Blvd., Suite 405
Vienna, VA 22182
(703) 639-0151
jking@wpat.com

*Attorneys for Jet Creations, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that copy of the Plaintiff's Request for Entry of Default was sent via Fedex Express Mail along with tracking number 880812367827 to the Defendant Dongyang Baozhi Toys Factory at Address: First Floor, Unit 1, Building 1, Lianfeng Village, Shangwu Industrial Zone, Huashui Town, Dongyang City, Jinhua City, Zhejiang Province (Dongyang Hewei Technology Development Co., Ltd.), China on April 25, 2025.

| | |
|---|---|
| April 28, 2025 | /s/ *Justin King* <br> Justin King, Esq.  (# 31390) <br> WPAT, PC. <br> 8230 Boone Blvd., Suite 405 <br> Vienna, VA 22182 <br> jking@wpat.com |