IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND


| | |
|---|---|
| **JET CREATIONS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-01340-JKB |
| | ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |


**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
**AGAINST DEFENDANT TAIYUAN XINYIAN INFORMATION TECHNOLOGY CO., LTD.**


Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Jet Creations, Inc. ("Plaintiff" or "Jet

Creations") requests that the Clerk enter default with respect to the Defendant Taiyuan

Xinyian Information Technology Co., Ltd. ("Defendant") As grounds for this request Jet

Creations states as follows:

     1.    Jet Creations filed its complaint on May 8, 2024 (DCK1)


     2.    A summons was issued and, as the Court's docket reflects, the Defendant

was duly served with process on 11/14/2024 (DCK 34).

     3.    An answer or responsive pleading was due from Defendant on or before

01/14/2025 or within 60 days from the service date.

     4.    Defendant has failed to tender an answer or otherwise plead in this cause

within the time required.

     5.    Plaintiff seeks to have default entered against Defendant.

     Wherefore, since more than 60 days have elapsed since the service of the summons

and Complaint and no responsive pleadings have been filed, entry of default is appropriate.


April 16, 2025

                       Respectfully Submitted,


                       /s/ Andrew C. Aitken
                       Andrew C. Aitken, Esq (# 06413)
                       6701 Democracy Blvd., Suite 555
                       Bethesda, Maryland 20817
                       (301) 537-3299
                       acaitken@aitkenlawoffices.com

                       /s/ *Justin King*
                       Justin King, Esq. (Bar No. 31390)
                       WPAT, PC
                       8230 Boone Blvd., Suite 405
                       Vienna, VA 22182
                       (703) 639-0151
                       jking@wpat.com

*Attorneys for Jet Creations, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that copy of the Plaintiff's Request for Entry of Default was sent via USPS Priority Mail Express along with tracking number EY471683635US to the Defendant Taiyuan Xinyian Information Technology Co., Ltd. at Address: Floor 15, 14th Floor, Haitang International Building, 68 Jinyang Street, Xiaodian District City, Taiyuan, China on April 25, 2025.

April 28, 2025                              /s/ *Justin King*
                                            Justin King, Esq.  (# 31390)
                                            WPAT, PC.
                                            8230 Boone Blvd., Suite 405
                                            Vienna, VA 22182
                                            jking@wpat.com