# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-01340-JKB |
| | ) |
| Zhejiang Weilong Plastic Products Co., et al. | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT ZHEJIANG WEILONG PLASTICS PRODUCTS CO.**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Jet Creations, Inc. ("Plaintiff" or "Jet Creations") requests that the Clerk enter default with respect to the Defendant Zhejiang

1

Weilong Plastic Products Co. ("Defendant") As grounds for this request Jet Creations states as follows:

1. Jet Creations filed its complaint on May 8, 2024 (DCK1)

2. A summons was issued and, as the Court's docket reflects, the Defendant was duly served with process on 10/30/2024 (DCK 38).

3. An answer or responsive pleading was due from Defendant on or before 12/30/2024 or within 60 days from the service date.

4. Defendant has failed to tender an answer or otherwise plead in this cause within the time required.

5. Plaintiff seeks to have default entered against Defendant.

Wherefore, since more than 60 days have elapsed since the service of the summons and Complaint and no responsive pleadings have been filed, entry of default is appropriate.

<u>April 16, 2025</u>

Respectfully Submitted,

/s/ Andrew C. Aitken
Andrew C. Aitken, Esq (# 06413)
6701 Democracy Blvd., Suite 555
Bethesda, Maryland 20817
(301) 537-3299
acaitken@aitkenlawoffices.com

/s/ *Justin King*
Justin King, Esq. (Bar No. 31390)
WPAT, PC
8230 Boone Blvd., Suite 405
Vienna, VA 22182
(703) 639-0151
jking@wpat.com

*Attorneys for Jet Creations, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that copy of the Plaintiff's Request for Entry of Default was sent via Fedex Express Mail along with tracking number 880816391253 to the Defendant Zhejiang Weilong Plastic Products Co., Ltd. at Address: No .1 Industrial Avenue, Huashui Plastic Industrial Park, Dongyang City, Jinhua, Zhejiang China 322102 on April 25, 2025.

April 28, 2025              /s/ *Justin King*
                            Justin King, Esq.  (# 31390)
                            WPAT, PC.
                            8230 Boone Blvd., Suite 405
                            Vienna, VA 22182
                            jking@wpat.com