IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Jet Creations, Inc. | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:24−cv−01340−JKB |
| | * | |
| Zhejiang Weilong Plastic Products Co., Ltd., et al. | * | |
| Defendant(s) | * | |

## NOTICE OF DEFAULT

**To Dongyang Baozhi Toys Factory:**

    You are hereby notified that an order of default was entered against you in this Court on 4/30/2025. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

                                      CATHERINE M. STAVLAS, CLERK

April 30, 2025                                   By: Jill Klein
Date                                             Deputy Clerk