IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:08 pm, Apr 30 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___JK___ Deputy

| | | |
|---|---|---|
| JET CREATIONS, INC. | | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Civil Case No: JKB-24-1340 |
| | * | |
| ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD. et al., | | |
| **Defendant** | | |

******

## ORDER OF DEFAULT

It is appearing from the records and/or declaration of Justin I-Chih King, Esquire that the Summons and Complaint were properly served upon the named *Defendant*, ***Taiyuan Aoxuan Trading Co., Ltd*** on November 14, 2024. The time for the said Defendant to otherwise defend expired on February 12, 2025, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rule of Civil Procedure it is **ORDERED**, that the default for want of answer or other defense by said Defendants is entered this 30th day of April 2025.

                                             **CATHERINE M. STAVLAS, CLERK**

By:            /s/
                ***J. Klein***
                ***Deputy Clerk***