IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JET CREATIONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-24-1340 |
| ZHEJIANG WEILONG PLASTIC PRODUCTS CO., LTD., et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

An Entry of Default was entered by the Clerk against multiple Defendants. (ECF Nos. 87–112.) The Notices of Default advised the Defendants that they had until May 30, 2025 to file a motion to vacate the orders of default. They have not done so. Therefore, Plaintiff is directed to file and to serve by mail a motion for default judgment (and a draft default judgment order) pursuant to Rule 55, Federal Rules of Civil Procedure, or provide a report as to why such motion would be inappropriate, within 30 days of this order. Failure to act may result in dismissal of all claims against the Defendants.

DATED this 5 day of June, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge