IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

| | |
|---|---|
| JET CREATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-01340-JKB |
| ) | |
| Zhejiang Weilong Plastic Products Co., ) | |
| Ltd., Beautiful Bubble Online Store, ) | JURY TRIAL DEMANDED |
| Dongyang Baozhi Toys Factory, ) | |
| Guangzhou Biedi Trading Co., Ltd, Jinhua ) | |
| Qixin Trading Co., Ltd., Junhua City ) | |
| Leyan Trading Co., Ltd., Qianshan County ) | |
| Hanying Trading Co., Ltd,  Qianshan ) | |
| County Yingzhe Trading Co., Ltd., ) | |
| Shanghai Yi Chen Industrial Co., Ltd., ) | |
| Taiyuan Aoxuan Trading Co., Ltd, Taiyuan ) | |
| Qulite Information Technology Co., Ltd., ) | |
| Taiyuan Xinyian Information Technology ) | |
| Co., Ltd., Wuling District Xinda Balloon ) | |
| Business Department (Ledou Balloon ) | |
| Xinda), Xunyang District Feier Department ) | |
| Store Business Department, and Yongkang ) | |
| Shikasuo Electronic Commerce Co., Ltd., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR DEFAULT JUDGEMENT
AGAINST DEFENDANT BEAUTIFUL BUBBLE ONLINE STORE**

Comes now Plaintiff, Jet Creations, Inc. ("Plaintiff" or "Jet Creations") by counsel, and here by requests the Court to enter judgement against the Defendant identified above in this cause of action and would show the Court as follows:

1

1. Plaintiff filed its Complaint against Defendant on 05/08/2024.

2. A summons was issued and the court docket reflects that the Defendant was duly served as shown in the attached Exhibit under the Hague Service Convention Protocol.

3. An answer from Defendant to the Complaint was due within the time required.

4. Defendant has defaulted by failing to tender an answer in this cause within the time required.

5. Defendant has defaulted, and Plaintiff is entitled to Judgement against Defendant in the amount consistent with the relief sought in the Complaint.

Plaintiff further requests 14-day extension for filing the Memorandum of Law in supporting claims of the damage, permanent injunction, and cost.

<u>July 7, 2025</u>

                                          Respectfully Submitted,

                                          Justin King, Esq.
                                          /s/ *Justin King*
                                          WPAT, PC
                                          8230 Boone Blvd., Suite 405
                                          Vienna, VA 22182
                                          (703) 639-0151
                                          jking@wpat.com

                                          *Attorneys for Jet Creations, Inc.*

# Exhibit

# 向国外送达司法文书或司法外文书的
## 请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Wentao Huang<br>75th Floor, Shanghai Tower, 479 Lujiazui Ring Road, Pudong New Area, Shanghai 15000458839@139.com | • International Legal Cooperation Center(ILCC)<br>  Ministry of Justice<br>  No.33, PingAnLi West Ave., Beijing 100035, China<br>• Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: inquiry@ilcc.online |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)

Beautiful Bubble Online Store[]李淑芳 Li Shufang[]
Jiangxi Sheng,Jiujiang Shi, 九江市浔阳区大中路44号蓝天大厦C栋I-201 Feier Department Store, 2nd Floor, No. 100, Dazhong Road, Fanpu Street, Xunyang District, Jiujiang City, Jiangxi Province, China 13197830137

[✓] a) 请依公约第五条第一款第（一）项的规定进行送达。
    in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention
    selon les formes légales (article 5, alinéa premier, lettre a)

[ ] b) 请依下述特定方法送达（第五条第一款第（二）项）：
    in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5):
    selon la forme particulière suivante (article 5, alinéa premier, lettre b)

[ ] c) 如收件人自愿接受，请予以交付（第五条第二款）
    by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)
    le cas échéant, par remise simple (article 5, alinéa 2)

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单:
List of documents / Énumération des pièces

| Sequence | File Name |
|---|---|
| No.1 | 诉状 |
| No.2 | 证据 |
| No.3 | 传票 |

* 近当时
if appropriate / s'il y a lieu

| 制于（地点） 中国上海<br>Done at / Fait à<br>（日期）<br>the / le  2024.7.17 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>黄文涛 |
|---|---|

海牙会议 常设局 2013 年 4 月

# 证明书
# CERTIFICATE
*ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

**2259CNS20240917**

[√] 1. 文书已予送达*
that the document has been served *
que la demande a été exécutée*

| – 日期:<br>the (date) / le (date) : | 15.Oct,2024 |
|---|---|
| – 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) : | THE PEOPLE'S COURT OF XUNYANG DISTRICT |

– 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

[√] **a)** 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] **b)** 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante*

[ ] **c)** 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | Shufang Li |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The head of the recipient |

[ ] 2. 由于下列事实文书未能送达: *
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*

[ ] 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | |
|---|---|
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）<br>Done at / Fait à<br>北京<br>Beijing<br>日期<br>the / le<br>2024.11.08 | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |
|---|---|

海牙会议 常设局 2013 年 4 月

# 被送达文书概要

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**关于向国外送达民事或商事司法文书和司法外文书公约**

**一九六五年十一月十五日订于海牙（第五条第四款）**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| 请求机关的名称和地址: <br> Name and address of the requesting authority: <br> Nom et adresse de l'autorité requérante : | UNITED STATES DISTRICT COURT for the District of Maryland Andrew C. Aitken 6701 Democracy Blvd., Suite 555 Bethesda, Maryland 20817 acaitken@aitkenlawoffices.com (301) 537-3299 |
| 当事人详情: <br> Particulars of the parties*: <br> Identité des parties* : | Chinese name or name of the Plaintiff: <br> Foreign name or name of the Plaintiff: Jet Creations Inc. <br> Whether the plaintiff is the person served: No <br> Chinese name or name of the Defendant: 浔阳区 飞儿白货经营部 <br> Foreign name or name of the Defendant: Beautiful Bubble Online Store <br> Whether the defendant is the person served: Yes <br> Other information: 13197830137 |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址 <br>
if appropriate, identity and address of the person interested in the transmission of the document <br>
s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

[√] 司法文书** <br>
    JUDICIAL DOCUMENT** <br>
    ACTE JUDICIAIRE**

| | |
|---|---|
| 文书的性质和目的: <br> Nature and purpose of the document: <br> Nature et objet de l'acte : | 提起民事诉讼，向被告送达起诉状、证据、传票 |
| 诉讼的性质和目的，适当时，争讼金额: <br> Nature and purpose of the proceedings and, when appropriate, the amount in dispute: <br> Nature et objet de l'instance, le cas échéant, le montant du litige: | 案由：著作权纠纷 要求被告停止侵权并赔偿损失（17万美元）以及承担原告的实际损失 |
| 出庭的日期和地点:** <br> Date and Place for entering appearance**: <br> Date et lieu de la comparution** : | 传票送达后20日内开庭审理 |
| 作出判决的法院:** <br> Court which has given judgment**: <br> Juridiction qui a rendu la décision** : | UNITED STATES DISTRICT COURT for the District of Maryland |
| 判决日期:** <br> Date of judgment**: <br> Date de la décision** : | 未明确 |
| 文书中所指明的期限:** <br> Time limits stated in the document**: <br> Indication des délais figurant dans l'acte** : | 传票送达后20日内开庭审理 |

** 适当时 <br>
   if appropriate / s'il y a lieu

[ ] 司法外文书** <br>
    EXTRAJUDICIAL DOCUMENT** <br>
    ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| 文书的性质和目的: <br> Nature and purpose of the document : <br> Nature et objet de l'acte : | |
| 文书中所指明的期限:** <br> Time-limits stated in the document**: <br> Indication des délais figurant dans l'acte**: | |

** 适当时 <br>
   if appropriate / s'il y a lieu

海牙会议 常设局 2013 年 4 月

# 九江市浔阳区人民法院
## 送 达 回 证

| 案号 | （2024）赣 0403 协外送 2 号 |
|---|---|
| 案由 | 知识产权权属、侵权纠纷 |
| 送达文书名称及件数 | 起诉状、证据、传票 各壹份(均为中英版本) (顺附1-2) |
| 受送达人 | 浔阳区飞儿百货经营部 |
| 送达地址 | 本院 |
| 受送达人签名或盖章 | 李淑芳  2024年10月15日 |
| 代收人签名或盖章 |  年 月 日 |
| 代收人及代收理由 | |
| 备考 | 李淑芳系浔阳区飞儿百货经营部的经营者。 |

填发人：程晨霞　　　　　　　　送达人：程晨霞 程晨霞 梁霖 2024.10.15

1、送达刑事、民事、经济、行政等诉讼文书，应分别按照刑事诉讼法、民事诉讼法、行政诉讼法规定办事
2、代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。







## CERTIFICATE OF SERVICE

    I hereby certify that copy of the Plaintiff's Motion for Default Judgement was sent via USPS Priority Mail Express along with tracking number RE130450655US to the Defendant Beautiful Bubble Online Store at Address: Department Store, 2nd Floor, No. 100, Dazhong Road, Fanpu Street, Xunyang District, Jiujiang City, Jiangxi Province, China on July 7, 2025.

July 7, 2025

/s/ *Justin King*
Justin King, Esq.  (# 31390)
WPAT, PC.
8230 Boone Blvd., Suite 405
Vienna, VA 22182
jking@wpat.com