# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JET CREATIONS, INC.,** * | |
| **Plaintiff,** * | |
| v. * | **CIVIL NO. JKB-24-1340** |
| **ZHEJIANG WEILONG PLASTIC** * | |
| **PRODUCTS CO., LTD., et al.,** * | |
| **Defendants.** * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons stated in the foregoing Memorandum, it is ORDERED that:

1. Plaintiff's Motion for Default Judgment (ECF No. 146) is GRANTED IN PART and DENIED IN PART.

2. JUDGMENT IS ENTERED in favor of Plaintiff and against the following Defendants on Count I of the Complaint in the amount of $1,000 per Defendant, for a total of $7,000: Qianshan County Yingzhe Trading Co., Ltd.; Junhua City Leyan Trading Co., Ltd.; Taiyuan Xinyian Information Technology Co., Ltd.; Taiyuan Aoxuan Trading Co., Ltd.; Taiyuan Qulite Information Technology Co., Ltd.; Yongkang Shikasuo Electronic Commerce Co., Ltd.; and Wuling District Xinda Balloon Business Department.

3. Plaintiff is DIRECTED to file an appropriate fee petition within 14 days of the date of this Order.

DATED this  2  day of September, 2025.

                                          BY THE COURT:

                                          */s/ James K. Bredar*

                                          James K. Bredar
                                          United States District Judge